Filing Fee Paid

L/N

**FILED**
CLERK, U.S. DISTRICT COURT

11/18/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

1 | JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
2 | STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
3 | DENTONS US LLP
601 South Figueroa Street, Suite 2500
4 | Los Angeles, CA 90017
Telephone: (213) 623-9300
5 | Facsimile: (213) 623-9924

6 | Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE PERFECT PART INC.<br><br>ADAM ZINKER,<br><br>CORY ZINKER.<br><br>          Defendants. | Case No. 2:20-cv-10540-DDP(AGRx)<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

1

115931760\V-1

Plaintiff 3M Company ("3M" or "Plaintiff"), by and through its undersigned attorneys, hereby files this Complaint against The Perfect Part Inc., Adam Zinker, and Cory Zinker (collectively, **"**Defendants"). 3M hereby alleges as follows based on knowledge of 3M's own actions, and on information and belief as to all other matters:

### NATURE OF THE ACTION

1. 3M brings this lawsuit to combat the sale of counterfeit 3M personal protective equipment ("PPE"), and in particular, counterfeit 3M N95 respirator products, offered in this District by Defendants through the Internet based e-commerce store eBay.com, using the seller identity "theperfectpart."

2. Defendants are online sellers who seeks to exploit the current COVID-19 pandemic by offering counterfeit 3M N95 respirator products at inflated prices. Defendants are trading on the reputation and goodwill associated with the famous 3M mark, without 3M's authorization, and are misleading consumers into believing that Defendants are offering authorized, genuine 3M N95 respirator products that meet 3M's standards, when in fact Defendants are selling counterfeit imitations.

3. Defendants' fraudulent sales of these counterfeit respirators jeopardizes the health and safety of healthcare workers, first responders, and the public who believe they are purchasing genuine 3M N95 respirators that meet the N95 standard. While 3M N95 respirators are subject to strict quality control standards, the products offered by Defendants are of unknown provenance: the public has no way of knowing who is making them, with what materials, and with what (if any) quality control and health safety measures. This unlawful activity poses potentially serious health consequences for the public, justifying immediate judicial intervention.

4. In addition, by using 3M's name and famous trademarks, trading on 3M's reputation and goodwill, and deceiving customers into believing that they are buying genuine 3M N95 respirators, Defendants' unlawful and unethical activities are causing 3M irreparable harm.

115931760\V-1

5.     3M therefore brings this action stop Defendants' unlawful exploitation of the COVID-19 pandemic, to protect the public from Defendants' fraudulent and counterfeit commercial activities, and to protect 3M's name and reputation from the harm caused by Defendants' unlawful actions.

6.     The COVID-19 pandemic is ongoing, and 3M's N95 respirator products remain in high-demand to help reduce the risk of transmission of the novel coronavirus. Immediate judicial intervention is needed to prevent Defendants from continuing to jeopardize the public health by misleading consumers into buying and using counterfeit N95 respirators while laboring under the false impression that they are genuine 3M products that meet the applicable 3M and N95 standards.

7.     3M respectfully requests the Court preliminarily and permanently enjoin Defendants from using 3M's name, logo, branding, all associated trademarks and other intellectual property, and from selling counterfeit 3M-branded respirator products bearing 3M trademarks or any other 3M products.  3M further requests the Court order Defendants to disgorge any profits they have made from these fraudulent transactions, along with any other appropriate relief the Court might order.  3M has committed to donating any monetary recovery in this action to COVID-19 charitable organizations.

## **BACKGROUND**

8.     Throughout its history, 3M has been a leader in innovation and developing healthcare and safety products for industry and consumers throughout the world. 3M's PPE—and in particular 3M's N95 respirator products—are considered the gold standard for public health protection.

9.     Over the last hundred-plus years, 3M has invested hundreds of millions of dollars to advertise and promote its 3M-branded products, including, without limitation, its 3M-branded respirator products. During this time, 3M continuously used its 3M trademarks in commerce. Through this substantial investment and its extensive and continuous use of the famous 3M trademarks, 3M has established

goodwill and an acclaimed reputation among the general public and healthcare and safety professionals for its high quality, safe and reliable products. Consumers associate the 3M Marks (as defined below in Paragraph 31) uniquely with 3M, and now, more than ever, consumers rely on the famous 3M Marks to indicate that the products offered thereunder are of the same superior quality that consumers have come to expect over the past century. This is especially true with respect to 3M's numerous industry-leading healthcare and PPE products, including Plaintiff's 3M-branded N95 respirators.

10.     Healthcare professionals and other first responders are heroically placing their health and safety on the line to battle COVID-19, and 3M's N95 respirator products are critical to those individuals and groups on the front lines combating COVID-19. First responders, healthcare professionals, and the public have come to depend on the quality and dependability that the 3M brand signifies. In an effort to meet the heightened demand for 3M N95 respirators during the pandemic, 3M has increased its production of N95 respirator products to unprecedented levels. Since the COVID-19 pandemic began in January 2020, 3M has doubled its global production rate of N95 respirators to 1.1 billion per year, or 100 million per month. 3M is continuing to invest in the capital and resources it needs to further increase its production capacity to two billion per year globally.

11.     The demand for 3M-branded respirators has grown exponentially in response to the pandemic, and 3M has been committed to seeking to meet this demand while keeping its respirators priced fairly. 3M is working with customers, distributors, governments, and medical officials to direct 3M supplies to where they are needed most. Importantly, 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic.

12.     Unfortunately, a number of wrongdoers are seeking to exploit the current public health emergency and prey on innocent parties through a variety of scams involving 3M N95 respirators and other 3M PPE products in high demand.

These scams include unlawful price-gouging, fake offers, counterfeiting, and other unfair and deceptive practices—all of which undercut the integrity of the marketplace and constitute an ongoing threat to public health and safety.

13.    In response to fraudulent activity, price-gouging and counterfeiting related to N95 respirators that has spiked in the marketplace in response to the pandemic, 3M is taking an active role to combat these activities. 3M's actions include working with law enforcement authorities around the world, including the Department of Justice, state Attorneys General, the Federal Bureau of Investigation, and local authorities to combat price-gouging and other unlawful activities. 3M has established a dedicated point of contact for federal and state procurement officials to promptly validate third-party offers and quotes. In doing so, 3M has already helped prevent dozens of potentially fraudulent transactions with federal agencies, state governments, municipal governments, private enterprises and other organizations. 3M is in regular contact with numerous governors and state attorneys general regarding these efforts to prevent and combat fraud.  The Department of Justice has publicly thanked 3M for the assistance it has provided in investigations that have led to arrests.  *See* Press Release: New Jersey Man Arrested For $45 Million Scheme To Defraud And Price Gouge New York City During COVID-19 Pandemic, *available at* https://www.justice.gov/usao-sdny/pr/new-jersey-man-arrested-45-million-scheme-defraud-and-price-gouge-new-york-city-during   (May 26, 2020).

14.    3M has also created a COVID-19 Fraud Hotline, where the public can report to 3M suspected cases of fraud, price-gouging, and counterfeit activities in connection with 3M PPE.  In addition, 3M is publishing information about its anti-price-gouging    and    counterfeiting    efforts    on    the    3M    website    (*see* https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud/), including disclosure of 3M's list prices for the most common models of its N95 respirators so that customers can identify and avoid inflated prices, and the web

1  address and phone numbers that can be used to identify 3M authorized distributors
2  and dealers in the United States and Canada. A true and correct copy of this
3  publication is attached hereto as **Exhibit 1**.

4      15.    3M does not—and will not—condone individuals or entities
5  deceptively trading off the fame and goodwill of the 3M name and marks for
6  criminal gain. This is particularly true against those who seek to exploit the surge in
7  demand for 3M-branded products during the global COVID-19 pandemic.

8      16.    3M has already filed over twenty lawsuits in connection with its fight
9  against fraud, price gouging, and counterfeiting, and has sent dozens of cease and
10  desist letters against numerous bad actors perpetrating fraud amidst the COVID-19
11  pandemic.   3M has further assisted in investigations resulting in the seizure of
12  thousands of counterfeit respirators throughout the world. *See* "3M's efforts on N95
13  crackdown leads to raids in Vietnam, U.A.E." Minn. Star Tribune, October 5, 2020
14  (available at   https://www.startribune.com/3m-s-efforts-on-counterfeit-n95-mask-
15  crackdown-leads-to-raids-in-vietnam-u-a-e/572638472).

16      17.    To further protect the public from Defendants' fraud and pandemic
17  profiteering, to prevent the proliferation of imitation and counterfeit PPE, and to
18  forestall any further diminution to 3M's reputation, fame, and goodwill, 3M brings
19  this lawsuit against Defendants for counterfeiting, trademark infringement, false
20  designation of origin, and trademark dilution, based on Defendants' misuse of
21  Plaintiff's trademarks to market and sell counterfeit 3M products.

22      18.    3M seeks preliminary and permanent injunctive relief. Any damages,
23  costs, or fees recovered by 3M will be donated to charitable COVID-19 relief efforts.

24                          **THE PARTIES**

25      19.    Plaintiff 3M Company is a Delaware corporation, with a principal place
26  of business and corporate headquarters located at 3M Center, St. Paul, Minnesota
27  55144. 3M is a diversified technology company with a global presence and is among
28  the leading manufacturers of products for many of the markets it serves, including

115931760\V-1

1   PPE such as 3M-branded N95 respirators.

2   20.    On information and belief, Defendant The Perfect Part Inc. is an

3   Arizona corporation, with a principal place of business at 12126 Sherman Way,

4   North Hollywood, California 91605.

5   21.    On information and belief, Defendants Adam Shachar Zinker and Cory

6   Barak Zinker are both officers and directors of Defendant the Perfect Part Inc., and

7   direct its day-to-day activities. On information and belief, they can be served at 6001

8   N. 2nd Ave., Phoenix, AZ 85013.

9   ## JURISDICTION & VENUE

10   22.    This Court has original subject matter jurisdiction over the claims in

11   this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, et seq.,

12   28 U.S.C. § 1338(a)-(b), 28 U.S.C. § 1331, and 28 U.S.C. §1121.

13   23.    The claims for trademark infringement, counterfeiting, unfair

14   competition, false designation of origin, and trademark dilution, asserted in Counts

15   I – III, *infra*, arise under the Trademark Act of 1946 (as amended; the "Lanham

16   Act"), namely, 15 U.S.C. §§ 1051 *et seq.* Accordingly, this Court has original and

17   subject-matter jurisdiction over Counts I – III pursuant to 28 U.S.C. §§ 1331,

18   1338(a), and 15 U.S.C. § 1121(a).

19   24.    The additional claims arising under California law, and are so related

20   to the federal claims asserted in Counts I – III, *infra*, that they form part of the same

21   case or controversy. Accordingly, this Court has supplemental jurisdiction over

22   Counts IV – V pursuant to 28 U.S.C. §§ 1338(b) and 1367(a).

23   25.    Defendants seek to do business with residents in this District through

24   the use of an interactive commercial website—namely, eBay—offering infringing

25   3M PPE. Defendants place no restriction on the marketing and sale of counterfeit

26   3M products to residents of California and this District. On information and belief,

27   Defendants have sold products bearing infringing and counterfeit versions of 3M's

28   federally registered trademarks to residents of California and this District.

115931760\V-1

26.     Defendants have also purposefully availed themselves of the privilege of transacting business within the State of California, including in this District, by operating a principle place of business in North Hollywood, California. 3M's claims arise out of and relate to Defendants' transaction of business and tortious acts committed within the State of California, including in this District. Based on the foregoing, this Court has long-arm jurisdiction over Defendants.

27.     A substantial part of the events giving rise to the claims asserted, *infra*, occurred in this District. Accordingly, venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2). Additionally, Defendants are subject to personal jurisdiction in this District. Accordingly, venue is also proper in this District pursuant to 28 U.S.C. § 1391(b)(3).

## FACTS

## I.     Plaintiff 3M

28.     3M has grown from humble beginnings in 1902 as a small-scale mining venture in Northern Minnesota to what it is today, namely: an industry-leading provider of innovative products throughout the world. Today, 3M's portfolio includes more than 60,000 goods and services, ranging from household and school supplies, to industrial and manufacturing materials, to medical supplies and equipment.

### A.     The 3M Brand

29.     3M offers its vast array of goods and services throughout the world under numerous brands, including, for example: ACE; POST-IT; SCOTCH; NEXCARE; and more. Notwithstanding the widespread goodwill and resounding commercial success enjoyed by these brands, 3M's most famous and widely recognized brand is its eponymous "3M" brand.

30.     The 3M brand is associated with products and materials for a wide variety of medical devices, supplies, and PPE, including, for example: respirators; stethoscopes; medical tapes; surgical gowns, blankets, and tape; bandages and other

115931760\V-1

1   wound-care products; and many more. As a result, 3M-branded products are highly

2   visible throughout hospitals, nursing homes, and other care facilities where patients,

3   care providers, and procurement officers value and rely upon the high quality and

4   integrity associated with the 3M brand.

5          **B.     The Famous "3M" Marks**

6          31.   Over the past century, 3M has invested hundreds of millions of dollars

7   in advertising and promoting its 3M-branded products to consumers throughout the

8   world (including, without limitation, its 3M-branded N95 respirators) under the

9   standard-character mark "3M" and the 3M logo shown below (together, the "3M

10  Marks"):

11

12

13         32.   For decades, products offered by 3M under the 3M Marks have enjoyed

14  enormous commercial success (including, without limitation, 3M-branded N95

15  respirators), with billions of dollars in sales in 2020 alone.

16         33.   Over the same period of time, products offered under the 3M Marks

17  have regularly been the subject of widespread, unsolicited media coverage and

18  critical acclaim.

19         34.   Based on the foregoing, consumers associate the 3M Marks uniquely

20  with 3M and recognize them as identifying 3M as the exclusive source of goods and

21  services offered under the 3M Marks. Based on the foregoing, the 3M Marks have

22  also become famous among consumers in California and throughout the United

23  States.

24         35.   To strengthen 3M's common-law rights in and to its famous 3M Marks,

25  3M has obtained numerous federal trademark registrations, including, without

26  limitation: (i) U.S. Trademark Reg. No. 3,398,329, which covers the standard-

27  character 3M mark in Int. Classes 9 and 10 for, inter alia, respirators (the "'329

28  Registration"); (ii) U.S. Trademark Reg. No. 2,692,036, which covers the 3M logo

115931760\V-1

for, inter alia, a "full line of surgical masks, face shields, and respiratory masks for medical purposes" (the "'036 Registration"); and (iii) U.S. Trademark Reg. No. 2,793,534, which covers the 3M design mark in Int. Classes 1, 5, and 10 for, inter alia, respirators (the "'534 Registration"). True and correct print-outs of 3M Company's registration certificates for the aforementioned marks are attached hereto as **Exhibits 2, 3, and 4**.

36.     Each of the foregoing Registrations is valid, in effect, and registered on the Principal Trademark Register of the United States Patent & Trademark Office.

37.     Each of the foregoing Registrations is "incontestable" within the meaning of 15 U.S.C. § 1065. Accordingly, each Registration constitutes conclusive evidence of: (i) 3M's ownership of the 3M Marks; (ii) the validity of the 3M Marks; (iii) the validity of the registration of the 3M Marks; and (iv) 3M's exclusive right to use the 3M Marks throughout the United States for, inter alia, respirators.

38.     Plaintiff's famous 3M Marks do more than identify 3M as the exclusive source of goods and services offered thereunder. Indeed, the famous 3M Marks also signify to consumers that 3M-branded products offered under the 3M Marks are of the highest quality and adhere to the strictest quality-control standards. Now, more than ever, consumers rely on the famous 3M Marks' ability to signify that products offered under the 3M Marks are of the same high quality that consumers have come to expect of the 3M brand over the past century.

**C.     3M's Extensive Efforts to Assist with the Battle Against COVID-19**

39.     As detailed on 3M's website, 3M is providing its 3M-branded N95 respirator products to healthcare workers, first responders, and the public to help combat the COVID-19 pandemic:

115931760\V-1



40.     Authentic 3M-branded N95 respirators reduce exposure to airborne biological particles and liquid contamination when appropriately selected, fitted, and worn.

41.     Based on the exponential increase in demand for 3M-branded N95 respirators, 3M has invested in the necessary capital and resources to double its annual production of 1.1 billion N95 respirators. *See* **Exhibit 1;** *see also* Press Release: New Jersey Man Arrested For $45 Million Scheme To Defraud And Price Gouge New York City During COVID-19 Pandemic, *available at* https://www.justice.gov/usao-sdny/pr/new-jersey-man-arrested-45-million-scheme-defraud-and-price-gouge-new-york-city-during (May 26, 2020). At the same time, 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic. *See id.*

42.     Unfortunately, Defendants and other opportunistic third parties have sought to exploit the increased demand for 3M-branded N95 respirators by selling counterfeit versions of 3M's products, often at inflated prices compared to 3M's published list prices for genuine 3M products.

43.     3M is working diligently with law enforcement, retail partners, and others to combat unethical and unlawful business practices related to 3M-brand N95 respirators in order to protect the public and healthcare professionals from counterfeiting, misleading, and inferior products, to reduce time wasted by

COMPLAINT AND DEMAND FOR JURY TRIAL

1  healthcare providers and procurement officers on scams, as well as to protect 3M's
2  goodwill, reputation, and carefully curated 3M brand.

3      44.    As shown in the inset image, additional examples of 3M's efforts to
4  combat price-gouging, counterfeiting, and other unlawful conduct during COVID-
5  19 include:

6          A.    3M posted on its website the U.S., per respirator, single case list
7                price for the most common models of its 3M-branded N95
8                respirators so that consumers can readily identify inflated pricing
9                (*See* **Exhibit 1** and https://www.3m.com/3M/en_US/worker-
10               health-safety-us/covid19/covid-fraud/);



20         B.    3M created a form on its website as well as a telephone hotline
21               that the public can use to report suspected incidents of fraud,
22               price-gouging and counterfeiting (*See* **Exhibit 5**);

115931760\V-1

1
2
3
4
5
6
7
8



9   C.   3M has created online resources to help the public spot incidents
10       of price-gouging, identify counterfeiting, and ensure products are
11       from 3M authorized distributors. *See*, e.g.,
12       https://www.3m.com/3M/en_US/company-us/coronavirus/:
13



18   D.   The 3M website further allows the public to track 3M's
19       enforcement activities against fraudulent activity in connection
20       with 3M products, such as N95 respirator products, during the
21       COVID-19 pandemic. *See* https://news.3m.com/English/3m-
22       stories/3m-details/2020/3M-expands-actions-globally-to-fight-
23       COVID-fraud-counterfeiting-price-gouging/default.aspx:
24
25
26
27
28

13

COMPLAINT AND DEMAND FOR JURY TRIAL

**3M Enforcement Activities**

To help combat COVID-19 related fraud, 3M has established new 3M hotlines in the U.S. and around the world to help end-users and purchasers of 3M products identify authentic 3M respirators and ensure products are from 3M authorized distributors. 3M has not, and will not, raise prices for its respiratory protection products as a result of the COVID-19 pandemic. 3M has published the current U.S. list prices for many of the most common models of 3M N95 respirators to help customers identify and avoid inflated prices. We have also filed lawsuits in courts across the country against wrongdoers, terminated 3M distributors for engaging in price gouging or violating 3M policy, and collaborated with law enforcement and technology companies to combat fraud.

See the actions 3M has taken to fight fraud, counterfeiting, and price gouging tied to the COVID-19 pandemic.

Stay current on 3M's enforcement efforts.

3M ACTIONS BY THE NUMBERS (PDF, 111 KB)

IN THE NEWS

     E.     To date, 3M has investigated more than 7,700 fraud reports globally, filed over 20 lawsuits, and has been granted nine temporary restraining orders and seven preliminary injunctions. Additionally, over 13,500 false or deceptive social media posts, over 11,500 fraudulent e-commerce offerings, and at least 235 deceptive domain names have been removed. *See* https://www.3m.com/3M/en_US/worker-health-safety-us/covid19/covid-fraud/.

## II.   Defendants' Unlawful Conduct

     45.   Despite 3M's extensive measures to combat price-gouging and counterfeiting of its 3M-branded N95 respirators, illicit activities by bad actors continue.

     46.   Defendants are a prime example of this unlawful behavior, which is damaging the 3M brand and jeopardizing the public's health and safety in a time of unprecedented crisis. Defendants' conduct also undermines public trust in the 3M trademarks and 3M's goodwill at a time when the consuming public in this District and throughout the country seeks reliable PPE to safeguard against transmission of the novel coronavirus.

     47.   Recently, 3M learned of Defendants' online sales of counterfeit 3M products. In fact, 3M received a consumer report of Defendants' fraudulent and counterfeit sales through its COVID-19 Fraud Hotline.

14

115931760\V-1

48.     From 3M's review of Defendants' product listings, 3M has determined that Defendants are offering counterfeit goods bearing the 3M Marks.  Copies of Defendants' counterfeit product offerings are attached as **Exhibit 6**.

49.     Through an investigator, 3M also purchased from Defendants' eBay account what Defendants represented were genuine 3M 1860 N95 respirators. *See* **Exhibit 6** (product listing).

50.     Defendants sent a confirmation email to 3M's investigator following his purchase, in which Defendants stated that the company was "based in Los Angeles" and would be shipping his order from Los Angeles, California.  *See* **Exhibit 7.**

51.     Upon receipt of the product, 3M confirmed that it was a counterfeit 3M product.

52.     In addition to offering counterfeit 3M products, Defendants also appear to sell genuine 3M products through their eBay seller account The Perfect Part. For both counterfeit 3M products and any genuine 3M products sold through its eBay account, Defendants are engaging in price gouging, charging consumers approximately $180 per carton of 20 of 3M-branded 1860 respirators. At approximately $9 per respirator, this is more than seven times the 3M list price for the same products.

53.     Because Defendants have intermingled counterfeit 3M products with genuine 3M products, Defendants have made it even more difficult for consumers to distinguish between the counterfeit 3M products and genuine 3M products offered by Defendants, increasing the likelihood that consumers will mistakenly purchase a counterfeit product from Defendants believing it to be genuine.

54.     3M has not provided any authorization or license to Defendants to use the 3M Marks in connection with their advertisement, marketing, sale, distribution and/or shipment of 3M products, much less counterfeit 3M products. On information and belief, Defendants intentionally, knowingly and willfully have used and

15

115931760\V-1

1  continue to use the 3M Marks in connection with advertisement, marketing, sale,

2  distribution and/or shipment of counterfeit 3M products into the United States and

3  California by means of interactive Internet websites.

4      55.    Defendants' unauthorized use of the 3M Marks in connection with the

5  advertising, distribution, offering for sale, and sale of counterfeit 3M products into

6  the United States, including California, is likely to cause and has caused confusion,

7  mistake, and deception by and among consumers and is irreparably harming both

8  consumers and 3M. Among other things, Defendants' unlawful conduct risks the

9  health and safety of the public, impairs the supply chain supporting healthcare

10  workers and others, and damages 3M's brand and goodwill.

11     56.    If Defendants' unlawful conduct is not immediately stopped, there is a

12  substantial risk that consumers will continue to purchase counterfeit 3M products

13  from Defendants believing that they offer the same level of protection and quality

14  provided by genuine 3M products, when in fact these counterfeit 3M products may

15  be of lower quality and fail to adequately protect the health of the purchasing

16  consumers.

17  ## CLAIMS FOR RELIEF

18  ## FIRST CLAIM FOR RELIEF

19  *(Trademark Infringement and Counterfeiting*

20  *Under the Lanham Act, 15 U.S.C. §§ 1114, 1117)*

21     57.    3M repeats and incorporates by reference the foregoing statements and

22  allegations as though set forth fully herein.

23     58.    Count I is a claim for federal counterfeiting and trademark infringement

24  under 15 U.S.C. §§ 1114, 1117.

25     59.    3M is the exclusive owner of each of the federally registered 3M Marks.

26     60.    3M has the exclusive right to use each of the 3M Marks in United States

27  commerce for, *inter alia*, advertising, promoting, offering for sale, and selling

28  Plaintiff's 3M-branded N95 respirators.

115931760\V-1

61. 3M's exclusive rights in and to each of the 3M Marks predate any rights that Defendant could establish in and to any mark that consists of "3M" in whole and/or in part.

62. Each of the 3M Marks are inherently distinctive.

63. Each of the 3M Marks identifies 3M as the exclusive source of products offered under the 3M Marks (including, without limitation, 3M-branded N95 respirators) and, therefore, the 3M Marks have acquired distinctiveness.

64. Defendants are using the 3M Marks in commerce to advertise, promote, offer for sale, and sell and distribute counterfeit 3M-branded respirators, including through the use of interactive websites facilitating such conduct.

65. Defendants' use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein, is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether Defendants are 3M, and/or whether Defendants are licensees, authorized distributors, and/or affiliates of 3M and/or products that 3M offers under its 3M Marks, including, without limitation, 3M-branded N95 respirators.

66. Defendants' use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein, is causing, and is likely to continue cause, consumer confusion, mistake, and/or deception about whether Defendants' products are affiliated, connected, and/or associated with 3M and/or products that 3M offers under its 3M Marks, including, without limitation, 3M-branded N95 respirators.

67. Defendants' use of the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products, as alleged, herein is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about whether Defendants and/or Defendants' products originate with, and/or are sponsored or approved by, and/or offered under a license

from, 3M.

68.     3M has not consented to the use of its famous 3M Marks by Defendants.

69.     Defendants reproduce, counterfeit, copy, and/or colorably imitate the registered 3M Marks and apply such reproductions, counterfeits, copies and/or colorable imitations of the 3M Marks to labels, signs, prints, packages, wrappers, receptacles and/or advertisements in connection with the sale, offering for sale, distribution, or advertising of goods or services, which conduct is likely to cause confusion, or to cause mistake, or to deceive consumers.

70.     Based on 3M's longstanding and continuous use of its 3M Marks in United States commerce, as well as the federal registration of the 3M Marks, Defendants had actual and constructive knowledge of 3M's superior rights in and to the 3M Marks when Defendants began using the 3M Marks as part their bad-faith scheme to confuse and deceive consumers, as alleged, herein.

71.     Upon information and belief, Defendants adopted and used the 3M Marks in furtherance of Defendants' willful, deliberate, and bad-faith scheme of trading upon the extensive consumer goodwill, reputation, fame, and commercial success of products that 3M offers under its 3M Marks, including, without limitation, 3M-brand N95 respirators.

72.     Upon information and belief, Defendants have made, and will continue to make, substantial profits and gain from their unauthorized use of the 3M Marks, to which Defendants are not entitled at law or in equity.

73.     Defendants' acts and conduct complained of herein constitute actionable infringement in violation of 15 U.S.C. § 1114.

74.     3M has suffered, and will continue to suffer, irreparable harm from Defendants' acts and conduct complained of herein, unless restrained by law. The damage suffered by 3M is exacerbated by the fact that Defendants are advertising and offering for sale counterfeit 3M-branded N95 respirators during a global pandemic when 3M's products are necessary and relied upon to protect public

health. Such conduct invites public criticism of 3M and the manner in which 3M's N95 respirators are being distributed and sold during the COVID-19 pandemic, and is likely to cause confusion about 3M's role in the marketplace for respirators that are essential to safeguarding public health. Whereas 3M's corporate values and brand image center around the application of science to improve lives, Defendants' conduct imminently and irreparably harms 3M's brand and puts the public's health and safety at risk.

75. 3M has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

*(Unfair Competition, False Designation of Origin - 15 U.S.C. § 1125(a))*

76. 3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

77. Count II is a claim for federal unfair competition, false endorsement, false association, and false designation of origin under 15 U.S.C. § 1125(a)(1)(A).

78. Upon information and belief, Defendants' acts and conduct complained of herein constitute unfair competition, false endorsement, false association, and/or false designation of origin in violation of 15 U.S.C. § 1125(a)(1)(A).

79. Upon information and belief, Defendants' use of Plaintiff's famous 3M Marks to advertise, market, offer for sale, and/or sell purported 3M-branded N95 respirators to consumers, in general, and during a global pandemic such as COVID-19, specifically, also constitutes unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A).

80. By using the 3M Marks in connection with the sale of counterfeit products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the counterfeit products. Defendants' conduct constitutes willful false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the counterfeit products to the general public under 15 U.S.C. §§ 1114, 1125.

115931760\V-1

81.     3M has suffered, and will continue to suffer, irreparable harm from Defendants' acts and conduct complained of herein, unless restrained by law. 3M has no adequate remedy at law.

### THIRD CLAIM FOR RELIEF

*(Trademark Dilution Under Section 43(c) of the Lanham Act,*

*15 U.S.C. § 1125(c))*

*(Dilution of the Famous 3M Marks)*

82.     3M repeats and incorporates by reference the foregoing statements and allegations as though set forth fully herein.

83.     Count III is a claim for federal trademark dilution under 15 U.S.C. § 1125(c).

84.     The 3M Marks are famous and have been famous at all times relevant to this action. The 3M Marks were famous before and at the time Defendants began using the 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products (including, without limitation, 3M-branded N95 respirators).

85.     Defendants' use of Plaintiff's famous 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of products (including, without limitation, 3M-branded N95 respirators) is likely to dilute the distinctive quality of the famous 3M Marks, such that the famous 3M Marks' established selling power and value will be whittled away.

86.     Defendants' use of the famous 3M Marks in commerce on, for, and/or in connection with the advertising, promotion, offering for sale, and/or sale of counterfeit products (including, without limitation, 3M-branded N95 respirators) in general, and during a global pandemic such as COVID-19, specifically is likely to dilute and tarnish the reputation of the famous 3M Marks, such that the famous 3M Marks' established ability to indicate the superior quality of products offered under

115931760\V-1

1 such Marks (including, without limitation, 3M-branded N95 respirators), will be
2 impaired.

3    87.    Defendants' misconduct threatens to harm the reputation of the 3M
4 Marks, constituting dilution by tarnishment of the famous 3M Marks.

5    88.    Defendants' acts and conduct complained of herein constitute
6 trademark dilution in violation of 15 U.S.C. § 1125(c).

7    89.    3M has no adequate remedy at law.

8 **<u>FOURTH CLAIM FOR RELIEF</u>**

9 *(Price-Gouging and False Advertising in Violation of California Unfair*
10 *Competition Law – Business & Professions Code, § 17200 et seq.)*

11    90.    3M repeats and incorporates by reference the foregoing statements and
12 allegations as though set forth fully herein.

13    91.    Count IV is a claim for price-gouging and false advertising, which is an
14 unlawful business practice and act of unfair competition in violation of California
15 Business & Professions Code § 17200 *et seq*.

16    92.    On March 4, 2020, California Governor Gavin Newsom declared a state
17 of emergency to exist in California in response to COVID-19.

18    93.    That same day, California Attorney General Xavier Becerra issued a
19 price-gouging alert reminding all Californians that, under Penal Code § 396, price-
20 gouging is illegal in all California communities during the declared state of
21 emergency.

22    94.    On March 12, 2020, Governor Newsom issued an executive order
23 further enhancing the ability of the California state and local governments to respond
24 to COVID-19.

25    95.    On information and belief, Defendants sold or offered to sell genuine
26 and counterfeit 3M-branded N95 respirators for a price more than seven times
27 greater than the list price for the same products offered by 3M, in violation of Penal
28 Code § 396.

COMPLAINT AND DEMAND FOR JURY TRIAL

96.     Defendants' violation of Penal Code § 396 constitutes an unlawful business practice and an act of unfair competition within the meaning of California Business & Professions Code § 17200, *et seq.*  It is also a crime under California law.

97.     In addition, Defendants' eBay seller page depicts listings of both apparently genuine 3M products along with and counterfeit 3M products, which conduct is designed to confuse consumers into believing that Defendant's products and/or services are sponsored by, endorsed by, or originate from 3M or are otherwise connected or affiliated with or approved by 3M.

98.     Defendants' unauthorized use in commerce of the 3M Marks is also likely to cause consumer confusion or mistake or to deceive consumers into believing that Defendants' products and/or services are sponsored by, endorsed by, or originate from 3M or are otherwise connected or affiliated with or approved by 3M, thereby causing loss, damage, and injury to 3M and to the purchasing public, constituting unlawful, unfair, and fraudulent business practices in violation of California Business & Professions Code 17200, et seq.

99.     Defendants' marketing and advertisement of products with the 3M Marks, as alleged herein, was intended to and did mislead 3M's customers and consumers to believe that such products were manufactured or distributed by, or authorized for manufacture or distribution by, 3M, in violation of California Business & Professions Code § 17200, et seq.

100.    This conduct, together with Defendants' other acts alleged herein constitute unfair, unlawful, and fraudulent business acts and practices under California Business & Professions Code § 17200, et seq., because such acts are forbidden by various state and federal laws and are unscrupulous, unfair, and injurious to 3M. Defendants' acts have irreparably damaged 3M and the consuming public and will continue to do so unless restrained by this Court, and 3M is without an adequate remedy at law.

115931760\V-1

### FIFTH CLAIM FOR RELIEF

*(Common Law Unfair Competition)*

101.   3M repeats and incorporates by reference the statements and allegations in the preceding paragraphs of the Complaint as though set forth fully herein.

102.   Count V is a claim for unfair competition in violation of California common law.

103.   Defendants' acts and conduct complained of herein constitute unfair competition in violation of California common law.

104.   3M has suffered, and will continue to suffer, irreparable harm from Defendants' acts and conduct complained of herein, unless restrained by law.

105.   3M has been damaged by the acts of Defendants in an amount, currently unknown, to be proved at trial and donated to charitable COVID-19 relief efforts, and 3M requests the relief set forth in the Prayer below.

### PRAYER FOR RELIEF

**WHEREFORE**, based on Defendants' conduct complained of herein, 3M asks this Court:

A.   To enter an Order, finding in Plaintiff's favor on each Claim for Relief asserted herein;

B.   Pursuant to Federal Rule of Civil Procedure 65, 15 U.S.C. § 1116, and this Court's inherent powers:

1.   To preliminarily and permanently enjoin Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them from using the 3M Marks—or any reproductions, counterfeit copies or colorable imitations thereof in any manner, as well as any other mark(s) confusingly similar thereto— for, on, and/or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods that do not constitute genuine 3M product, or is not authorized by 3M to

be sold in connection with the 3M Marks, including, without limitation, 3M-branded N95 respirators;

2.  To preliminarily and permanently enjoin Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them from (i) passing off, inducing, or enabling others to sell or pass off any product as a genuine 3M product that is not produced under the authorization, control, or supervision of 3M and approved by 3M for sale under the 3M Marks; (ii) committing any acts calculated to cause consumers to believe that Defendants' counterfeit 3M products are sold under the authorization, control or supervision of 3M, or are sponsored by, approved by, or otherwise connected with 3M; (iii) further infringing the 3M Marks or otherwise damaging 3M's goodwill; (iv) shipping, distributing, warehousing, or otherwise participating in the storage, distribution, or disposal of counterfeit 3M products.

3.  To order that, upon 3M's request, online marketplace platforms hosting Defendants' seller account (e.g., eBay) shall disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the 3M Marks;

4.  To order Defendants to file with the Court and serve upon Plaintiff's counsel within 30 days after service of the order of injunction, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

C.  Pursuant to 15 U.S.C. § 1117:

1.  To order Defendants to provide 3M with a full accounting of all distribution and sale of products under the 3M Marks (including, without limitation, 3M-branded N95 respirators), as well as all profits derived therefrom;

2.  To order Defendants to disgorge and pay to 3M—for donation to charitable COVID-19 relief efforts—all of Defendants' profits derived from the sale

115931760\V-1

of infringing and counterfeit goods offered under the 3M Marks (including, without limitation, 3M-branded N95 respirators);

3.      To award 3M—for donation to charitable COVID-19 relief efforts—treble damages in connection with Defendants' infringement of the 3M Marks;

4.      To find that Defendants' acts and conduct complained of herein render this case "exceptional"; and

5.      To award 3M—for donation to charitable COVID-19 relief efforts—its costs and reasonable attorney's fees incurred in this matter; or

6.      In the alternative, to award 3M—for donation to charitable COVID-19 relief efforts—statutory damages pursuant to 15 U.S.C. § 1117(c) of not more than $2,000,000 for each counterfeit mark used by Defendants for each type of goods sold, offered for sale, or distributed, as the Court considers just.

D.      Pursuant to 15 U.S.C. § 1118, to order the destruction of all unauthorized goods and materials within the possession, custody, and control of Defendants that bear, feature, and/or contain any copy or colorable imitation of 3M's Marks.

E.      For Claims Four and Five, to issue an order permanently enjoining Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all others in active participation with them from engaging in conduct involving the advertisement or sale of 3M-branded products as described above, to award 3M restitution in the form of disgorgement of profits earned by Defendants in unlawfully selling counterfeit 3M products, and to award 3M its attorneys' fees, costs, and expenses pursuant to Cal. C.C.P. § 1021.5, with all such monetary relief to be donated to charitable COVID-19 relief efforts.

F.      To award such further restitution as authorized by law, which 3M will donate to charitable COVID-19 relief efforts;

G.     To award Plaintiff pre-judgment and post-judgment interest against Defendants, which 3M will donate to charitable COVID-19 relief efforts;

H.     To award 3M such other relief that the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

3M hereby requests a trial by jury for all issues so triable, pursuant to Fed. R. Civ. P. 38(b) and 38(c).

Dated:  November 17, 2020          Respectfully submitted,

DENTONS US LLP
Jayme C. Long
Stephanie Peatman


By:  */s/ Jayme C. Long*
       Jayme C. Long

Attorneys for Plaintiff
**3M COMPANY**

115931760\V-1

# EXHIBIT 1

**3M**  Science.
Applied to Life.™

# Get the Facts. N95 Respirator Pricing

To help customers identify and avoid inflated prices, 3M has published its current single-case list prices for many of the most common 3M N95 respirator models sold in the U.S.

**3M has not changed the prices we charge for 3M respirators as a result of the COVID-19 outbreak.**

## U.S. List Prices for Common N95 Respirator Models

These list prices are per respirator.

These list prices represent suggested prices to end customers. 3M's prices to its authorized distributors are lower than these list prices.

An end customer's actual prices may be lower than these list prices, as negotiated between the end customer and its chosen distributor.

List prices for these models sold in Canada are similar on a currency-adjusted basis.

| Model | Type | List Price (USD) |
|---|---|---|
| 1804 | Surgical | $0.68 |
| 1804S | Surgical | $0.68 |
| 1860 | Surgical | $1.27 |
| 1860S | Surgical | $1.27 |
| 1870+ | Surgical | $1.78 |
| 8210 | Standard | $1.02 - $1.31 |
| 8210Plus | Standard | $1.18 - $1.50 |
| 8210V | Standard | $1.48 - $1.88 |
| 8110S | Standard | $1.08 - $1.37 |
| 8200 | Standard | $0.63 - $0.80 |
| 8511 | Standard | $2.45 - $3.11 |
| 9105 | Standard | $0.64 - $0.81 |
| 9105S | Standard | $0.64 - $0.81 |
| 9210+ | Standard | $1.40 - $1.78 |
| 9211+ | Standard | $2.68 - $3.40 |

**Additional Links**
3M Disposable Respirators | Quick Reference Guide

**If you suspect fraud or price gouging contact 3M immediately.**
Contact the 3M Fraud Hotline at 1 (800) 426-8688 or on the web at go.3M.com/covidfraud.

# EXHIBIT 2

Int. Cls.: 9 and 10

Prior U.S. Cls.: 21, 23, 26, 36, 38, 39 and 44

**United States Patent and Trademark Office**

Reg. No. 3,398,329

Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# 3M

3M COMPANY (DELAWARE CORPORATION)
3M CENTER, 220-9E-01
2501 HUDSON ROAD
ST. PAUL, MN 55144

FOR: FULL LINE OF PARTICULATE, OZONE, GAS, VAPOR, CHEMICAL, BIOHAZARD AND OTHER RESPIRATORS, INCLUDING FILTERING FACE-PIECE RESPIRATORS AND ELASTOMERIC FACE-PIECE RESPIRATORS, OTHER THAN FOR ARTIFICIAL RESPIRATION; FULL LINE OF SELF-RESCUE AND PROTECTION APPARATUS, NAMELY, OXYGEN BREATHING UNITS, SUPPLIED-AIR RESPIRATORS, AND POWERED AIR-PURIFYING SYSTEMS (PAPRS) RESPIRATORS; CARTRIDGES, FILTERS, AIR TANKS AND OTHER COMPONENT PARTS FOR RESPIRATORS AND BREATHING UNITS; DUST MASKS; FULL LINE OF PROTECTIVE EYEWEAR, NAMELY, SAFETY GOGGLES, EYEGLASSES AND EYE SHIELDS; FACE-PROTECTION SHIELDS; EAR PLUGS AND EAR MUFFS TO ATTENUATE SOUND AND PROTECT HEARING; HARD HATS AND OTHER PROTECTIVE HELMETS; WELDING HELMETS; AIR MONITORING DEVICES AND SENSORS FOR MEASURING GASES AND VAPOR CONCENTRATION LEVELS; GAS DETECTORS FOR DETECTING THE PRESENCE OF CARBON MONOXIDE AND OTHER GASES; THERMAL-IMAGING CAMERAS FOR USE BY FIREFIGHTERS AND FOR SEARCH AND RESCUE; ENVIRONMENTAL SAMPLING AND TESTING INSTRUMENTS AND EQUIPMENT, NAMELY, ELECTRONIC LUMINOMETERS, AND RELATED SOFTWARE, DOCKING STATIONS AND BATTERIES, FOR DETECTING, MEASURING AND ANALYZING CHEMICALS, BIOLOGICAL SUBSTANCES, FOOD RESIDUES AND MICROBES; MICROBIOLOGICAL AND CONTAMINANT-TESTING INSTRUMENTS AND EQUIPMENT, AND SOFTWARE RELATED THERETO, FOR DETECTING, MEASURING AND ANALYZING BACTERIA, INCLUDING PATHOGENS SUCH SALMONELLA AND LISTERIA, ALLERGENS, TOXINS, VITAMINS,

ANTIBIOTICS, AND OTHER ORGANISMS AND SUBSTANCES; DIAGNOSTIC APPARATUS FOR TESTING FOOD; LABORATORY EQUIPMENT AND SUPPLIES, NAMELY, TEST TUBES, TEST TUBE CAPS, DIP STICKS, RACKS, MICROTITRE PLATES AND TRAYS; SECURITY SCANNERS AND READERS FOR USE IN READING PASSPORTS AND OTHER FORMS OF IDENTIFICATION; ANTI-THEFT AND LIBRARY MATERIAL CHECK-OUT SECURITY SYSTEMS; RADIO FREQUENCY IDENTIFICATION (RFID) TAGS AND READERS; COMPUTER SOFTWARE FOR SUPPLY CHAIN MANAGEMENT FROM SOURCE TO CONSUMPTION, NAMELY, FOR COLLECTING, STORING AND MANAGING DATA, AND REPORTING, EXECUTING AND TRACKING, IN CONNECTION WITH ENTERPRISE RESOURCE PLANNING, SUPPLIER ENABLEMENT, MANUFACTURING, INVENTORY CONTROL AND WAREHOUSING, ORDER FULFILLMENT, SHIPPING, TRANSPORTATION AND DELIVERY; COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT AND MEDICAL RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND MEDICAL IMAGING SCANNERS AND RELATED SOFTWARE FOR CAPTURING IMAGES OF THE MOUTH AND TEETH FOR USE IN DENTISTRY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: FULL LINE OF SURGICAL AND MEDICAL MASKS, RESPIRATORS AND FACE AND EYE SHIELDS FOR MEDICAL AND HEALTH-CARE RELATED PERSONNEL; FULL LINE OF ORTHO-PEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS

AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTRO-ENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS; AUTOCLAVES FOR MEDICAL USE; ORTHODONTIC APPLIANCES; DENTAL APPARATUS, NAMELY, INTRA-ORAL LIGHT SYSTEMS FOR CURING DENTAL MATERIALS, CERAMIC USED IN MAKING DENTAL CROWNS, BRIDGES AND OTHER RESTORATIVES; DENTAL INSTRUMENTS AND KITS COMPRISED OF SUCH INSTRUMENTS, NAMELY, MANDRELS, BURS, DISCS, CUPS, WHEELS, POINTS, BRUSHES AND ABRASIVE STRIPS USED TO GRIND, POLISH OR FINISH DENTAL RESTORATIVES; DENTAL INSTRUMENTS, NAMELY, SCISSORS, CRIMPING PLIERS, CONTOURING PLIERS AND IMPRESSION TRAYS; ELECTRONIC MIXERS FOR DENTAL COMPOUNDS; APPLICATORS AND DISPENSERS FOR DENTAL PRIMERS, CEMENTS, ADHESIVES, IMPRESSION MATERIALS AND RESTORATIVE MATERIALS; GLASS-FIBER POSTS USED IN DENTAL RESTORATIVE PROCEDURES; AND DENTAL PROPHYLAXIS ANGLES AND DENTAL PROPHYLAXIS CUPS FOR USE IN CLEANING TEETH AND DENTAL HYGIENE PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,237,168, 2,793,534 AND OTHERS.

SER. NO. 77-257,496, FILED 8-16-2007.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT 3

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

Reg. No. 2,692,036

**United States Patent and Trademark Office**

Registered Mar. 4, 2003

## TRADEMARK
## PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)

2501 HUDSON ROAD

3M CENTER

ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANU-FACTURING COMPANY (DELAWARE COR-PORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICA-TOR STRIPS AND TAPE FOR USE WITH AUTO-CLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; IN-DICATOR STRIPS FOR TESTING GLUTARALDE-HYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDI-TIONS FOR USE IN SAFETY-MONITORING; INDI-CATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZA-TION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CON-TAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZA-TION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND

SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRO-DUCTS, NAMELY, CLEANSERS, CREAMS, LO-TIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRES-SINGS, MEDICATED COMPRESSES, TRANSPAR-ENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGI-CAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMI-CROBIAL SOLUTIONS; GAUZE; WOUND HEAL-ING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SUR-GICAL DISINFECTANTS AND PREPPING SOLU-TIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINES OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,213,836, AND 1,234,260.

SER. NO. 76-137,885, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 4

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

Reg. No. 2,793,534

## United States Patent and Trademark Office

Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)

2501 HUDSON ROAD

3M CENTER

ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANU-FACTURING COMPANY (DELAWARE COR-PORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICA-TOR STRIPS AND TAPE FOR USE WITH AUTO-CLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; IN-DICATOR STRIPS FOR TESTING GLUTARALDE-HYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDI-TIONS FOR USE IN SAFETY-MONITORING; INDI-CATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZA-TION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CON-TAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZA-TION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND

SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRO-DUCTS, NAMELY, CLEANSERS, CREAMS, LO-TIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRES-SINGS, MEDICATED COMPRESSES, TRANSPAR-ENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGI-CAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMI-CROBIAL SOLUTIONS; GAUZE; WOUND HEAL-ING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SUR-GICAL DISINFECTANTS AND PREPPING SOLU-TIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS,

PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,234,260 AND OTHERS.

THE MATTER SHOWN IN BROKEN LINES INDICATES THE RELATIVE PLACEMENT OF THE MARK ON A TYPICAL PACKAGE FOR THE GOODS AND IS NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 76-138,263, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

# EXHIBIT 5





**3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfe**

**Have a concern to report related to Fraud, Price Gouging or Counterfeit p**

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and counterfeit will not tolerate any such activity by 3M authorized channel partners and we will aggressively pursue third-p enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, State Attorneys

To learn more about the actions 3M are taking to prevent respiratory product fraud, please click here

11/10/2020                                                                  Covid Fraud

## COVID-19 Fraud

*Please complete as much of the information requested below as possible. Fields marked with an asterisk are*
*that 3M has received the report. We request that you reply to that email and attach any copies of invoices, co*
*can help us to investigate the situation.*

## Requestor Information

**First Name***

**Last Name***

**Requestor Type***

Select One

**Company Name (if applicable)**

**Email/Business Email Address***

**Phone/Business Phone Number***

**Country/Region***

United States

## Tell Us About the Fraud You Would Like to Report

**Where is the fraudulent offer or conduct occurring?***

Select One

**Please provide specific web page or URL link to the fraudulent offer**

# Alleged Solicitor/Seller Information

*Please provide as much information as possible.*

## Seller First Name

## Seller Last Name

## Seller Company

## Seller Email

## Seller Phone

## Seller Country/Region

Select One

## Seller's Website

# Fraud Product Details

## Product 1*

Select One

## Product 1 Price

## Product 1 3M SKU

## Product 1 Quantity

**Product 2**

Select One

**Product 2 Price**

**Product 2 3M SKU**

**Product 2 Quantity**

**Product 3**

Select One

**Product 3 Price**

**Product 3 3M SKU**

**Product 3 Quantity**

**Product Fraud Details\***

*Provide as much detail about the interaction as possible including how you first contacted the seller and wha*

Please be aware that the information you supply about yourself, or any aspect of 3M's operations may result
information that, to the best of your knowledge, is correct. You will not be sanctioned for submitting informa
knowingly provide false or misleading information, it may result in disciplinary or judicial action.

3M respects your right to privacy. 3M will collect, use, and disclose the personal information you provide in
disclosures described in our Privacy Policy, 3M may share all personal information you provided in this form
governmental authorities, regulators or courts: (i) to comply with a law, regulation, court order, or other lega
investigating and responding to fraud, intellectual property infringement, violation of our contracts or agreer

protect 3M rights or property or yours or others' health, safety, welfare, rights, or property; or (iv) under sim Covid 19 situation. If 3M elects to share personal information with law enforcement agencies, governmental personal information.

Submit

# EXHIBIT 6

Case 2:20-cv-10540-JVS-JEM   Document 2   Filed 11/18/20   Page 45 of 58   Page ID #:106

Hi Chris!

Sell    Watchlist    My eBay

# ebay

Search for anything                                    All Categori... ▾

Back to home page | Listed in category:   Business & Industrial  >  Healthcare, Lab & Dental  >  Medical, Lab & Dental Supplies  >  Disposable Face Masks  >
See more 3M N95 Health Care Particulate Respirator Mask...

SAVE UP TO **7%** WHEN YOU BUY MORE





### 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK
3M™ Particulate Respirator 1860, 20 PACK SEALED RETAIL

🔥 **31 viewed per hour**                          99 product ratings

| Condition: | New |
|---|---|

| Bulk savings: | Buy 1 $158.89/ea | Buy 2 $150.95/ea |
|---|---|---|
| | Buy 3 $149.36/ea | |

Quantity:  [ 1 ]   4 or more for $147.77/ea

More than 10 available
**970 sold** / See feedback

Price:    **US $158.89/ea**

No Interest if paid in full in 6 mo on $99+*

[ Buy It Now ]

[ Add to cart ]

[ Add to Watchlist ]

**100% buyer satisfaction** | 970 sold | More than 87% sold

| Shipping: | **FREE** Standard Shipping | See details |
|---|---|---|
| | Item location: ██████████████ | |
| | Ships to: United States   See exclusions | |

| Delivery: | Estimated between **Fri. Nov. 20** and **Mon. Nov. 23** to 95134 |
|---|---|

Payments:

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+.  | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    Free 30 day returns | See details

---

**Shop with confidence**

eBay Money Back Gu...
Get the item you order...
your money back. Lear...

Seller information



██████████ (426431   )
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

---

Have one to sell?  Sell now

Similar sponsored items 1/2                                    Feedback on








**3M N95 Protective Disposable Face Mask...**
$38.99
Free shipping
Seller 99.8% positive

**Honeywell N95 Face Mask Niosh Approved N-95...**
$49.50
Free shipping
Seller 99.9% positive

**3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...**
$165.00
Free shipping
Seller 99.8% positive

**3M Aura 9205+ N95 NIOSH Protective...**
$35.69
Free shipping
Seller 99.8% positive

**20 pack Medicom Safe+ N95 Disposable Face...**
$98.90
Free shipping
Seller 99.8% positive

**3M 8200 N95 Disposable Fa...**
$89.99
Free shipping
Seller 99.8% po

---

Sponsored items from this seller 1/2                                        Feedback on








**3M Aura 9205+ N95 NIOSH Protective...**
$35.79
Free shipping
Popular

**3M 9132 N95 Protective Disposable Face Mask...**
$48.75
Free shipping
Popular

**N95 Protective Disposable Face Mask...**
$28.99
Free shipping

**Venus V-410 V N95 NIOSH Protective Disposable...**
$24.95
Free shipping

**3M 9502V+ N95 Protective Disposable...**
$27.89
Free shipping
Popular

**3M 9542V KN9 Mask Protectiv...**
$38.75
Free shipping

---

| **Description** | **Shipping and payments** |

eBay item number:  193

Item specifics

Seller assumes all responsibility for this listing.
Last updated on  Nov 15, 2020 12:32:54 PST   View all revisions

| | | |
|---|---|---|
| **Condition:** | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | **Model:** | 1860 |
| **UPC:** | 50707387419429 | **MPN:** | 1860 |
| **3M ID:** | 70070612364-PERU | **Brand:** | 3M |
| **Pack Size:** | 20 | **Intended Use/Discipline:** | Anesthesiology, Biological Laboratory, Cardiology, Cosmetology, Dental Laboratory, Dentistry, Dermatology Emergency Medicine, Endocrinology, Endodontics |
| **Expiration:** | 2025 | **Rating:** | NIOSH N95 |

███████████  (426431  )  100%

🔵 Sign up for newsletter

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

Items On Sale

Search within store

Visit Store: ██████████

## WELCOME TO ████████████



**3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK**

## <u>20 PACK - RETAIL SEALED PACKAGING</u>

### Details

- NIOSH Approved: N95
- Manufactured by 3M Peru
- Helps protect against certain airborne biological particles

- Fluid resistant and disposable
- SKU: 70070612364 UPC: 50707387419429

This health care particulate respirator and surgical mask helps provide respiratory protection against certain airborne biological particles. It is disposable and fluid resistant to splash and spatter of blood and other infectious material.

This healthcare respirator is designed to help provide respiratory protection for the wearer. It meets CDC guidelines for Mycobacterium tuberculosis exposure control. As a disposable particulate respirator, it is intended to help reduce wearer exposure to certain airborne particles including those generated by electrocautery, laser surgery, and other powered medical instruments. As a surgical mask, it is designed to be fluid resistant to splash and spatter of blood and other infectious materials.

Features include:

- NIOSH approved N95
- Meets CDC guidelines for Mycobacterium tuberculosis exposure control
- 99% BFE (Bacterial Filtration Efficiency) according to ASTM F2101
- Fluid resistant according to ASTM F1862
- Respirator contains no components made from natural rubber latex
- Collapse resistant cup shape design
- Braided headbands, cushioning nose foam, and lightweight construction for comfortable wear

## Specifications

| | |
|---|---|
| Aerosol Type | Non-Oil |
| Braided Comfort Strap | Yes |
| Brand | 3M™ |
| Cartridge or Filter Included | Yes |
| Case Quantity | 120 |
| Class | Market Leader |
| Exhalation Valve | No |
| Faceseal/Nosefoam | Nosefoam |
| Features | Advanced Electrostatic Media |
| Filter Class | N95 |
| Flame Resistance (ASTM D2859-96) | No |
| Flammability Rating | Class 1 |
| Fluid Resistance | 120mm Hg |
| Fluid Resistant (ASTM F1862) | Yes |
| Gas & Vapor Protection Type | Particulates |
| Hazard Type | Mold, Silica |
| Individually Wrapped | No |

| | |
|---|---|
| Market | Aerospace, Defense, Homeland Security |
| Model | 1860 |
| National Stock Number | 6532014225282 |
| Natural Rubber Latex Components | No |
| Packaging | Bulk Case |
| Product Color | Teal |
| Product Type | Healthcare Respirator |
| Purpose | Healthcare Respirator |
| Recommended Application | Agricultural Production, Airborne Biological Particles, Bagging, Dry Chemical Handling, Foundry Operations, Grinding, Petrochemical Manufacturing, Processing of Minerals, Sanding, Textile Operations |
| Recommended Industry | Health Care |
| Respirator Size | Standard |
| Respirator Style | Cup |
| Segment | Personal Safety |
| Size | Standard |
| Standards/Approvals | N95 |
| Strap Attachment Type | Braided Comfort Strap |

## Payment Information:

- We Accept PayPal
- We Accept Credit Card via PayPal



## Shipping Information:

- SHIPS SAME DAY WITHIN 1-2 HOURS ASAP
- SHIPS IMMEDIATELY
- TOP PRIORITY FOR FULFILLMENT (Items gets fulfilled first over any other orders)

## Refund & Return Policy:

- We offer a 30 day return policy on all items purchased from us.
- Please contact us within 30 days after receipt of the item for a return.

- Do not ship the item back to us without contacting us first.
- Return shipping is responsibility of buyer.



-

We thank you so much for looking! If you have any questions or concerns, please do not hesitate to message us. Have a grea

## Ratings and Reviews

Write a

# 4.3

99 product ratings

| | |
|---|---|
| 4 | 75 |
| 5 | |
| 2 | 7 |
| 3 | 3 |
| 1 | 0 |
| | 14 |

88%
Would recommend

70%
Good value

89%
Good quality

## Most relevant reviews

See all 7

by jake_9027
Oct 20, 2020

Top favorable review

### Real N95's, but expensive

Product was of good quality, and staff are reporting that the fit is comfortable, nursing staff believe these mask are actual N95's and qu
appears well made and genuine.

Price is rather high, but given the market competition for PPE at this time, we were willing to pay that high cost. Product was made in Ch
but delivered via Canada. Read full review...

(1)   P  (0)  Y   Condition: New | Sold by: ▮▮▮▮▮▮▮▮▮

by jmor3007
Oct 06, 2020

Top critical review

### Good protection, easy breathing, but uncomfortable

On the plus side, it's a surgical-rated N95 mask, so it's rated to filter out airborne bacteria and viruses as well as particulates. So it prote
the wearer as well as others. It's also easier to breathe using this mask than using a soft mouth and face covering.  On the minus side, it'
expensive (I paid $54 for 3 masks) and is uncomfortable on the bridge of the nose if you're wearing it for an extended period. I would be
happier with it if it didn't become uncomfortable.

(2)   P  (0)  Y   Condition: New | Sold by: ▮▮▮▮▮▮▮▮▮

by skrim
Oct 14, 2020

### These masks look to be the real thing.

Arrived sealed in a retail looking box with a hologram seal on it.  They look to be the same build quality as my pre-Covid 3M N95 dust m
had around from last year. The seal I mentioned says "3M Peru" on it, so I guess they came from Peru. I checked and 3M does in fact ha
medical supply division in Lima, so that checks out.  Price is a bit high but in line with the market, supply and demand etc.  Happy to ge
as I'll feel a bit safer when I have to get on a plane later this year.

(1)   P  (0)  Y   Condition: New | Sold by: ▮▮▮▮▮▮▮▮▮

### Regular Size N-95

by robert_lutz
Nov 03, 2020

Made a mistake in not understanding the size difference between small and regular. These regular sized masks are the ones that prope an adult.

| (0) | | (0) | | | Condition: New | Sold by: ████████████ |
| --- | --- | --- | --- | --- | --- |

### USA MADE 3M N95 MASKS ARE GREAT

by jpri7403
Sep 28, 2020

The 3M N95 1860 masks made in the U.S. are well made and as comfortable to wear as any N95 mask.  Just make sure that they are mad the US and not in Singapore.  The Singapore-made masks are of poor quality.

Verified purchase: Yes | Condition: New | Sold by: asatechmedinc

| (0) | (0) | |
| --- | --- | --- |

---

Back to home page  |  **See More Details about** "3M N95 Health Care Particulate Respirator Mask - Size ..."

**More to explore :**  3M Full Face Respirator Masks,   3M Industrial Masks & Respirators,   3M Industrial Respirator Masks,   3M Half Mask Industrial Respirator Masks,   3M Full Face Mask L Industrial Respirator Masks,   Full Face Mask Industrial Respirator Masks,   3M N95 Filter Class Industrial Mask Replacement Cartridges,   Industrial Masks & F Full Face Respirator,   MSA Industrial Masks & Respirators

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

# EXHIBIT 7



**Fred Petrovsky <fredpetrovsky@gmail.com>**

---

## ▐ has sent a question about item #193670786751, ending on Oct-18-20 17:10:11 PDT - 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK

1 message

---

**eBay -** ▐           <theper_dtiy2849pf@members.ebay.com>        Thu, Oct 8, 2020 at 12:29 PM
To: fredpetrovsky@gmail.com

New message: Fred A. Petrovsky, *** YOUR ITEM WAS...



New message from: ▐           (403,547 ⭐)

| Reply |
|-------|

Fred A. Petrovsky,

*** YOUR ITEM WAS SHIPPED ***

*** COVID-19 *** UPDATE

*** PLEASE NOTE: WE ARE BASED IN LOS ANGELES,
THE CITY HAS SHUT DOWN ALL NON ESSENTIAL WORK PLACES ***

*** WE ARE WORKING WITHOUT 75% OF OUR STAFF ***
*** PLEASE GIVE US A COUPLE EXTRA DAYS FOR DELIVERY, IF ANY ISSUES, PLEASE
MESSAGE US ***
*** PLEASE DO NOT LEAVE US NEGATIVE FEEDBACK, PLEASE MESSAGE US DURING
THESE INCREDIBLY HARD TIMES, WE WILL ALWAYS FIX ANY ISSUES ***
*** WE ARE 24/7 ON MESSAGES, AND WILL ALWAYS RESPOND RIGHT AWAY ***

*** GOD BLESS, AND STAY SAFE ***

*** ALL OUR ITEMS ARE CLEANED AND FULFILLED IN A CLEAN BACTERIA FREE
ENVIRONMENT ***

We wanted to let you know that your order (#07-05861-76146) was shipped via USPS, first
business day from Los Angeles, CA.

Please contact us with any problems BEFORE opening an eBay Case or leaving us a negative
feedback so we can diligently work to solve the problem for you.

Estimated: 3-5 Day Delivery

Your Shipment Information:
We use variety of ways to ship your order.
2. USPS First Class Package
3. USPS First Class Letter - WITHOUT Tracking Number

2. Sometimes USPS First Class Package is used to ship products. The tracking will start with
(94XX). Track item here:
https://tools.usps.com/go/TrackConfirmAction!

3. On many small items $10 and under, we use USPS First Class LETTER to ship your products.
These shipments are sent WITHOUT a tracking number.
The number you received is a reference number between USPS and Endicia (our shipping label
company) to use for billing purposes.
Estimated: 3-5 Day Delivery

This shipment includes the following items:
3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK

We know how frustrating it is to receive a defective product. Our goal is not to ship any defective
products, but things can break and that is why we offer FREE replacements or full refund for
your purchase.

## 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK



### Order status: Paid

Estimated delivery: Fri. Oct. 16 - Sat. Oct. 17
Order number: 07-05861-76146

**View order details**

We scan messages to enforce policies. Only purchases on eBay are covered by the eBay purchase protection programs. Asking your trading partner to complete a transaction outside of eBay is not allowed.

**Email reference id: [#a02-rhkgwkdand#]_[#aaf5e12d34be43389e77b52694efb8d1#]**

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Fred Petrovsky (iaftcm3p1555*). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2020 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125

M Gmail

**Fred Petrovsky <fredpetrovsky@gmail.com>**

**We have Shipped your order has been shipped!** ▇▇▇▇▇▇
1 message

**eBay -** ▇▇▇▇▇▇ <7172226840acbd7f6450@members.ebay.com>                    Thu, Oct 8, 2020 at 12:29 PM
To: fredpetrovsky@gmail.com



View my other items

KN95 Protective 5 Layers Face Mask
Disposable Mouth Cover PM2.5
Respirator BFE

10/20/50 Face Mask Mouth Cover
Surgical MEDICAL Dental Disposable
3-PLY Earloop

BLACK 50 PCS Face Mask Surgical
Dental Disposable 3-Ply Earloop
Mouth Cover USA

CLICK HERE FOR FDA/CE MASKS! BEST PRICE CLICK HERE!!

### Hello, Fred A. Petrovsky

Thank you for your order from EBAY - We wanted to let you know that your order (#2221035) was shipped on 10/8/2020.

**Please contact us with any problems before opening an eBay Case or leaving us negative feedback so that we can diligently work to solve the problem.**

You can check the status of your order by logging into your eBay account.

If you have any questions about your order please contact us on eBay, we respond within 1-2 hours during normal work hours.

Your shipping confirmation is below. Thank you again for your business.

### Your Order 2221035

**Billing Information:**

Fred A. Petrovsky
4967 E ROY ROGERS RD
CAVE CREEK, AZ 85331-3305 US
6026536718

**Payment Method:**

Online

**Shipping Information:**

Fred A. Petrovsky
4967 E ROY ROGERS RD
CAVE CREEK, AZ 85331-3305 US
6026536718

**Shipping Method:**

OSM Parcel Select Lightweight

| | Item # | Description | Qty |
|---|---|---|---|
| | 1860x20 | 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK | 1 |

| Shipped By | Tracking Number |
|---|---|
| OSM Parcel Select Lightweight | 9274890278835300223499 |

**Understanding your shipment information:**

We scan messages to enforce policies. Only purchases on eBay are covered by the eBay purchase protection programs. Asking your trading partner to complete a transaction outside of eBay is not allowed.

**Email reference id: [#a02-iqvfyh2uem#]_[#01df3249a3a14ad492a6f33d3e7f0ac9#]**