FILED
CLERK, U.S. DISTRICT COURT
11/18/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_DD\_\_\_\_\_ DEPUTY

1  JAYME C. LONG (Bar No. 202867)
   jayme.long@dentons.com
2  STEPHANIE PEATMAN (Bar No. 299577)
   stephanie.peatman@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, CA  90017
   Telephone:   (213) 623-9300
5  Facsimile:    (213) 623-9924

6  Attorneys for Plaintiff
   3M COMPANY
7
8
9
10
                    UNITED STATES DISTRICT COURT
11
           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
12
13  3M COMPANY,                         Case No.  2:20-cv-10540-DDP(AGRx)

14             Plaintiff,               **DEFENDANT 3M COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**
15        vs.

16  THE PERFECT PART INC.

17  ADAM ZINKER,

18  CORY ZINKER.

19             Defendant.

20
21
22
23
24
25
26
27
28

DEFENDANT 3M COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

115943549\V-1

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for 3M Company, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1. 3M COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, 3M Company ("3M"), states:

    1. 3M is a corporation whose shares are publicly traded;

    2. 3M does not have a parent corporation; and

    3. No publicly held corporation owns 10% or more of 3M's stock.

Dated: November 17, 2020

Respectfully submitted,

DENTONS US LLP
Jayme C. Long
Stephanie Peatman

By: */s/ Jayme C. Long*
Jayme C. Long

Attorneys for Plaintiff
**3M COMPANY**

2
DEFENDANT 3M COMPANY'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

115943549\V-1