JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
Telephone:   (213) 623-9300
Facsimile:   (213) 623-9924

Attorneys for Plaintiff
3M COMPANY

**FILED**
CLERK, U.S. DISTRICT COURT

11/18/2020

CENTRAL DISTRICT OF CALIFORNIA
BY:          DD          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE PERFECT PART INC.<br><br>ADAM ZINKER,<br><br>CORY ZINKER.<br><br>      Defendants. | Case No.  2:20-cv-10540-DDP(AGRx)<br><br>**DECLARATION OF MICHAEL L. GANNON IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF MICHAEL L. GANNON**

I, Michael L. Gannon, hereby declare and state as follows:

1.      I am a resident of the State of Minnesota, over eighteen years of age, and if called to testify to the matters contained herein could do so competently and based upon my personal knowledge.

2.      I am Senior Trademark Counsel for 3M Innovative Properties Company ("3M").  The information set forth herein is based on my personal knowledge obtained through the course of my duties at 3M.  The information set forth herein is also based on my review of records, documents (including electronic records), and photographs maintained in the regular course of 3M's business, and the Complaint in this lawsuit.

3.      I submit this declaration in support of 3M's request for a temporary restraining order, and preliminary injunction against Defendants, the Perfect Part Inc., Adam Zinker, and Cory Zinker, known to me primarily by the eBay seller name and alias "The Perfect Part" ("Defendants") in the above-captioned action.

**3M Company and the 3M Marks**

4.      3M (then known as Minnesota Mining and Manufacturing company) began over 100 years ago as a small-scale mining venture in Northern Minnesota.  It has grown into an industry-leading provider of scientific, technical, and marketing innovations throughout the world.

5.      3M's portfolio includes more than 60,000 goods and services, ranging from household and school supplies, to medical devices and equipment.  While 3M offers its goods and services under numerous well-known brands and marks, its most famous and widely recognized brand is its eponymous "3M" brand.

6.      For decades, 3M has been a leading provider of personal protective equipment for healthcare professionals, industry workers and the public. The 3M brand is associated with countless goods and services, including most notably for purposes of this litigation, medical devices, supplies, and PPE, including, for example, respirators; stethoscopes; medical tapes; surgical gowns, blankets, and tape; bandages and other

wound-care products; and many others. Indeed, 3M is a leading manufacturer of N95 respirators, and has sold N95 respirators in the United States under the 3M brand name for decades.  3M products are highly visible and well recognized in hospitals and other healthcare facilities where patients, healthcare providers, and procurement officers value and rely upon the high quality and integrity associated with the 3M brand.

7.     3M employs strict quality-control standards in manufacturing all of its products, including its products used in the fields of healthcare and worker safety.  As a result of this commitment to quality, 3M-brand N95 respirators are highly respected and widely used and recommended by medical workers, public-health officials, and throughout the worker safety market. They are considered the "gold standard" in the industry.

8.     Goods sold under 3M's standard-character mark "3M" and 3M design mark (together, the "3M Marks"), including 3M's N95 respirators, generate billions of dollars in annual revenue.  The 3M Marks are recognized and well-known in households around the U.S.  3M has been the exclusive source of goods and services offered under the 3M Marks for decades.

9.     The general consuming public associates the 3M Marks uniquely with 3M and recognizes them as identifying 3M as the exclusive source of goods and services offered under the 3M Marks.  Additionally, 3M has received public commendation and praise for its contributions to the COVID-19 pandemic response, particularly with respect to its production of 3M-brand N95 respirators.  Based on the public commendation and praise, and widespread media coverage of 3M-brand N95 respirators during the COVID-19 pandemic, the public is more aware now than ever that 3M manufacturers N95 respirators and other PPE that is essential to protecting healthcare personnel and workers from exposure to airborne particles including viruses like COVID-19.

10.     Over the past century, 3M has invested hundreds of millions of dollars in advertising, promoting, offering for sale, and selling its vast array of goods and services under the 3M Marks.  During this period, 3M's goods and services offered under its 3M Marks have been the subject of widespread, unsolicited media coverage and critical

acclaim. Goods and services offered under 3M Marks also enjoy enormous commercial success, with annual revenues in the billions of dollars.

11.     To strengthen 3M's common-law rights in and to its famous 3M Marks, 3M has obtained numerous federal trademark registrations, including, without limitation: (i) U.S. Trademark Reg. No. 3,398,329, which covers the standard-character 3M mark in Int. Classes 9 and 10 for, inter alia, respirators (the "'329 Registration"); (ii) U.S. Trademark Reg. No. 2,692,036, which covers the 3M logo for, inter alia, a "full line of surgical masks, face shields, and respiratory masks for medical purposes" (the "036 Registration"); and (iii) U.S. Trademark Reg. No. 2,793,534, which covers the 3M design mark in Int. Classes 1, 5, and 10 for, inter alia, respirators (the "'534 Registration").

12.     Attached hereto as **Exhibit 1** is a true and correct copy of the '329 Registration.

13.     Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Acknowledgement of 3M's Declaration of Incontestability of the '329 Registration, which was issued by the United States Patent and Trademark Office (the "PTO") pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

14.     Attached hereto as **Exhibit 3** is a true and correct copy of the '036 Registration.

15.     Attached hereto as **Exhibit 4** is a true and correct copy of the Notice of Acknowledgement of 3M's Declaration of Incontestability of the '036 Registration, which was issued by the United States Patent and Trademark Office (the "PTO") pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

16.     Attached hereto as **Exhibit 5** is a true and correct copy of the '534 Registration.

17.     Attached hereto as **Exhibit 6** is a true and correct copy of the Notice of Acknowledgement of 3M's Declaration of Incontestability of the '534 Registration, which was issued by the PTO pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

**Defendants' Misconduct is Causing Immediate and Irreparable Harm to 3M**

18.     In my position with 3M, I perform, supervise, and/or direct investigations related to Internet-based infringement of the 3M Marks, particularly with regard to PPE, including 3M-branded N95 respirators of various models.

19.     3M employed an investigator to attempt purchase product from the Defendants and, to the extent possible and to attempt to identify the person or entity responsible for the "ThePerfectPart" eBay seller account.

20.     The return address label on the product shipped by Defendants listed 12126 Sherman Way, North Hollywood, California 91605.

21.     A review of the product purchased from Defendants on behalf of 3M established that Defendants are using the eBay account "ThePerfectPart" to sell counterfeit 3M-branded N95 respirators to consumers in the U.S.  Throughout Defendants' actions, Defendants are interjecting counterfeit 3M-branded N95 respirators into the stream of commerce.

22.     I have reviewed the eBay e-commerce store operating under the "ThePerfectPart" account and have determined that counterfeit 3M-branded N95 respirators have been offered for sale to residents of the United States, including California residents, by Defendants. This conclusion was reached through visual inspection of the products listed for sale or sold through the e-commerce store, 3M's investigation, and Defendants' product listing information.

23.     True and correct copies of screenshots showing some of Defendants' product offerings for 3M-branded respirators are attached as **Exhibit 7-1 through 7-4** to this Declaration. 3M has confirmed that purchases of at least one of these product listings resulted in Defendants' shipment of counterfeit goods.

24.     Customer reviews posted online at Defendants' seller page for product listings that 3M has identified as counterfeit show evidence of actual confusion, with customers believing they have purchased genuine 3M products.

5

25.     The counterfeit 3M products sold by Defendants are often sold at prices significantly hirer than those charged by 3M.  As just one example, an eBay product listing from the account associated with Defendants shows that Defendants have sold at least 366 units of a 3M N95 1860-model respirator at a price of $169.10 - $179.89 for a carton of 20 respirators. See **Exhibit 8** to this Declaration. That price, without shipping, is equivalent to $8.45 - $9.00 per respirator, which than six times higher than 3M's published list price of $1.27 for the same model of respirator.

26.     Based on the information from Defendants' seller page for product listings, it appears Defendants are price-gouging by increasing prices significantly above 3M's list prices for the same products.

27.     3M has not provided any authorization or license to Defendants to use the 3M Marks in connection with their advertisement, marketing, sale, distribution and/or shipment of 3M products, much less counterfeit 3M product.

28.     3M does not—and will not—condone individuals or entities deceptively trading off the fame and goodwill of the 3M name and marks for personal gain.  This is particularly true against those who seek to exploit the surge in demand for 3M-brand products during the COVID-19 global pandemic, which already has claimed more than 200,000 lives in the United States and more than a million lives worldwide.

29.     Based on the ability to purchase and ship counterfeit products into this District using Defendants' eBay seller page, Defendants are believed to be intentionally, knowingly and willfully using the 3M Marks in connection with advertisement, marketing, sale, distribution and/or shipment of counterfeit 3M products into the United States and California by means of interactive Internet websites.

30.     I am aware that defendants in other similar cases against online counterfeiters employ tactics to evade enforcement efforts, such as registering new usernames or aliases upon receiving notification of claimed infringement or the filing of a lawsuit, as well as shipping small quantities of counterfeit product directly by mail, hoping to evade detection.

115931885\V-1

31.     Defendants' actions have caused irreparable harm to the 3M brand and have put the public at risk.

32.     The goodwill and reputation associated with the 3M Marks are irreparably damaged through the misuse of the 3M Mark in connection with the offering for sale or sale of goods not authorized, produced, or manufactured by 3M.  Most importantly, such conduct risks the public health, as consumers have and may continue to purchase counterfeit 3M products from Defendants that may not adequately protect them from exposure to airborne particles including viruses like COVID-19.

33.     Such conduct also harms brand confidence which can result in a loss of consumer trust in the brand, as well as future sales and market share. 3M fields numerous calls and inquiries regarding potentially fake and counterfeit respirators, which burdens the company, increases expense, and whittles away public trust. 3M has been the subject of widespread reports of counterfeit, inferior-quality respirators being sold at inflated prices. 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic. Yet 3M has already been subject to unfounded public criticism in response to the conduct of counterfeiters and price gougers. The extent of harm to 3M's reputation and goodwill and the possibility for diversion of customers resulting from loss in brand confidence are largely unquantifiable.

34.     3M is further irreparably harmed by the unauthorized use of the 3M Marks because 3M is deprived of any ability to control the nature and quality of the counterfeit products bearing the 3M Marks. Defendants offer directly competing goods to those of 3M and its authorized distributors. A loss of quality control over such goods, together with a loss of control over 3M's reputation, cannot be calculated or compensated in monetary terms alone.

35.     Defendants' counterfeiting activities are particularly harmful to 3M at this unprecedented time because such conduct contributes to, among other things, (a) wasting 3M and public resources devoted to identifying fraudulent pricing and inauthentic offers

1    and (b) squandering public and private resources being used to pay for respirators that are
2    not genuine 3M products and are of unknown effectiveness in safeguarding users.

3        36.    Damage to the 3M Marks and 3M's reputation and goodwill exists even if
4    purchasing consumers know and suspect that N95 respirators being purchased are
5    counterfeit. Prospective consumers who encounter imitation 3M respirators being used by
6    others may mistakenly believe such goods are genuine, and may consequently develop a
7    poor impression of 3M's respirators and PPE.

8        37.    The harm to 3M of denying 3M's request for injunctive relief outweighs the
9    harm to the legitimate interests of Defendants.

10       I declare under penalty of perjury of the laws of the United States that the foregoing
11   is true and accurate based upon my personal knowledge.

12       EXECUTED this 16th day of November, 2020 at _Mandota Heights_
13   _Minnesota_ .

14

15                   MICHAEL L. GANNON

16

17

18

19

20

21

22

23

24

25

26

27

28

8

115931885\V-1

EXHIBIT 1

Int. Cls.: **9** and **10**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 39** and **44**

**United States Patent and Trademark Office**

Reg. No. **3,398,329**

Registered Mar. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# 3M

3M COMPANY (DELAWARE CORPORATION)
3M CENTER, 220-9E-01
2501 HUDSON ROAD
ST. PAUL, MN 55144

FOR: FULL LINE OF PARTICULATE, OZONE, GAS, VAPOR, CHEMICAL, BIOHAZARD AND OTHER RESPIRATORS, INCLUDING FILTERING FACE-PIECE RESPIRATORS AND ELASTOMERIC FACE-PIECE RESPIRATORS, OTHER THAN FOR ARTIFICIAL RESPIRATION; FULL LINE OF SELF-RESCUE AND PROTECTION APPARATUS, NAMELY, OXYGEN BREATHING UNITS, SUPPLIED-AIR RESPIRATORS, AND POWERED AIR-PURIFYING SYSTEMS (PAPRS) RESPIRATORS; CARTRIDGES, FILTERS, AIR TANKS AND OTHER COMPONENT PARTS FOR RESPIRATORS AND BREATHING UNITS; DUST MASKS; FULL LINE OF PROTEC-TIVE EYEWEAR, NAMELY, SAFETY GOGGLES, EYEGLASSES AND EYE SHIELDS; FACE-PROTEC-TION SHIELDS; EAR PLUGS AND EAR MUFFS TO ATTENUATE SOUND AND PROTECT HEARING; HARD HATS AND OTHER PROTECTIVE HEL-METS; WELDING HELMETS; AIR MONITORING DEVICES AND SENSORS FOR MEASURING GASES AND VAPOR CONCENTRATION LEVELS; GAS DETECTORS FOR DETECTING THE PRESENCE OF CARBON MONOXIDE AND OTHER GASES; THERMAL-IMAGING CAMERAS FOR USE BY FIREFIGHTERS AND FOR SEARCH AND RESCUE; ENVIRONMENTAL SAMPLING AND TESTING IN-STRUMENTS AND EQUIPMENT, NAMELY, ELEC-TRONIC LUMINOMETERS, AND RELATED SOFTWARE, DOCKING STATIONS AND BATTER-IES, FOR DETECTING, MEASURING AND ANA-LYZING CHEMICALS, BIOLOGICAL SUBSTANCES, FOOD RESIDUES AND MICROBES; MICROBIOLOGICAL AND CONTAMINANT-TEST-ING INSTRUMENTS AND EQUIPMENT, AND SOFTWARE RELATED THERETO, FOR DETECT-ING, MEASURING AND ANALYZING BACTERIA, INCLUDING PATHOGENS SUCH SALMONELLA AND LISTERIA, ALLERGENS, TOXINS, VITAMINS,

ANTIBIOTICS, AND OTHER ORGANISMS AND SUBSTANCES; DIAGNOSTIC APPARATUS FOR TESTING FOOD; LABORATORY EQUIPMENT AND SUPPLIES, NAMELY, TEST TUBES, TEST TUBE CAPS, DIP STICKS, RACKS, MICROTITRE PLATES AND TRAYS; SECURITY SCANNERS AND READERS FOR USE IN READING PASSPORTS AND OTHER FORMS OF IDENTIFICATION; ANTI-THEFT AND LIBRARY MATERIAL CHECK-OUT SECURITY SYSTEMS; RADIO FREQUENCY IDENTIFICATION (RFID) TAGS AND READERS; COMPUTER SOFTWARE FOR SUPPLY CHAIN MANAGEMENT FROM SOURCE TO CONSUMP-TION, NAMELY, FOR COLLECTING, STORING AND MANAGING DATA, AND REPORTING, EX-ECUTING AND TRACKING, IN CONNECTION WITH ENTERPRISE RESOURCE PLANNING, SUP-PLIER ENABLEMENT, MANUFACTURING, IN-VENTORY CONTROL AND WAREHOUSING, ORDER FULFILLMENT, SHIPPING, TRANSPOR-TATION AND DELIVERY; COMPUTER SOFT-WARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT AND MEDICAL RECORDS, CODING AND GROUP-ING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND MEDICAL IMAGING SCANNERS AND RE-LATED SOFTWARE FOR CAPTURING IMAGES OF THE MOUTH AND TEETH FOR USE IN DENTIS-TRY, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

FOR: FULL LINE OF SURGICAL AND MEDICAL MASKS, RESPIRATORS AND FACE AND EYE SHIELDS FOR MEDICAL AND HEALTH-CARE RELATED PERSONNEL; FULL LINE OF ORTHO-PEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COM-POSITE FABRICS CONTAINING FIBERGLASS

10

AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS; AUTOCLAVES FOR MEDICAL USE;

ORTHODONTIC APPLIANCES; DENTAL APPARATUS, NAMELY, INTRA-ORAL LIGHT SYSTEMS FOR CURING DENTAL MATERIALS, CERAMIC USED IN MAKING DENTAL CROWNS, BRIDGES AND OTHER RESTORATIVES; DENTAL INSTRUMENTS AND KITS COMPRISED OF SUCH INSTRUMENTS, NAMELY, MANDRELS, BURS, DISCS, CUPS, WHEELS, POINTS, BRUSHES AND ABRASIVE STRIPS USED TO GRIND, POLISH OR FINISH DENTAL RESTORATIVES; DENTAL INSTRUMENTS, NAMELY, SCISSORS, CRIMPING PLIERS, CONTOURING PLIERS AND IMPRESSION TRAYS; ELECTRONIC MIXERS FOR DENTAL COMPOUNDS; APPLICATORS AND DISPENSERS FOR DENTAL PRIMERS, CEMENTS, ADHESIVES, IMPRESSION MATERIALS AND RESTORATIVE MATERIALS; GLASS-FIBER POSTS USED IN DENTAL RESTORATIVE PROCEDURES; AND DENTAL PROPHYLAXIS ANGLES AND DENTAL PROPHYLAXIS CUPS FOR USE IN CLEANING TEETH AND DENTAL HYGIENE PROCEDURES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 0-0-1960; IN COMMERCE 0-0-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,237,168, 2,793,534 AND OTHERS.

SER. NO. 77-257,496, FILED 8-16-2007.

TARAH HARDY, EXAMINING ATTORNEY

EXHIBIT 2

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, April 2, 2014 11:00 PM |
| **To:** | trademarks@mmm.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 3398329: 3M: Docket/Reference No. 34775 |

**Serial Number:** 77257496
**Registration Number:** 3398329
**Registration Date:** Mar 18, 2008
**Mark:** 3M
**Owner:** 3M Company

Apr 2, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009, 010

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=77257496.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

EXHIBIT 3

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

Reg. No. 2,692,036

## United States Patent and Trademark Office

Registered Mar. 4, 2003

## TRADEMARK
## PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)
2501 HUDSON ROAD
3M CENTER
ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANUFACTURING COMPANY (DELAWARE CORPORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICATOR STRIPS AND TAPE FOR USE WITH AUTOCLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; INDICATOR STRIPS FOR TESTING GLUTARALDEHYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDITIONS FOR USE IN SAFETY-MONITORING; INDICATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZATION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CONTAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZATION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND

SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRODUCTS, NAMELY, CLEANSERS, CREAMS, LOTIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRESSINGS, MEDICATED COMPRESSES, TRANSPARENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGICAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMICROBIAL SOLUTIONS; GAUZE; WOUND HEALING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SURGICAL DISINFECTANTS AND PREPPING SOLUTIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINES OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PA-

TIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS, PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,213,836, AND 1,234,260.

SER. NO. 76-137,885, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

EXHIBIT 4

Side - 1



**NOTICE OF ACKNOWLEDGEMENT
OF §15 DECLARATION
MAILING DATE: Mar 27, 2009**

The affidavit of incontestability filed in connection with the registration identified below meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. The affidavit is acknowledged.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov/.

**REG NUMBER:**        2692036
**MARK:**        3M AND DESIGN
**OWNER:**        3M COMPANY

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

James F. Voegeli
3M Innovative Properties Company
3M Center, 2501 Hudson Road
220 9E 01
St. Paul, MN 55144

18

EXHIBIT 5

Int. Cls.: 1, 3, 5, 9, 10 and 28

Prior U.S. Cls.: 1, 4, 5, 6, 10, 18, 21, 22, 23, 26, 36, 38, 39, 44, 46, 50, 51 and 52

Reg. No. 2,793,534

## United States Patent and Trademark Office

Registered Dec. 16, 2003

### TRADEMARK
### PRINCIPAL REGISTER



3M COMPANY (DELAWARE CORPORATION)

2501 HUDSON ROAD

3M CENTER

ST. PAUL, MN 55144 , BY MERGER, BY CHANGE OF NAME MINNESOTA MINING AND MANU-FACTURING COMPANY (DELAWARE COR-PORATION) ST. PAUL, MN 55144

FOR: ETHYLENE OXIDE FOR USE IN THE STERILIZATION OF MEDICAL, LABORATORY AND FOOD HANDLING INSTRUMENTS AND EQUIPMENT; CHEMICAL AND STEAM INDICA-TOR STRIPS AND TAPE FOR USE WITH AUTO-CLAVES AND FOR TESTING THE STERILITY OF MEDICAL INSTRUMENTS AND EQUIPMENT; IN-DICATOR STRIPS FOR TESTING GLUTARALDE-HYDE, ETHYLENE OXIDE AND OTHER CHEMICAL SOLUTIONS AND GASES; INDICATOR STRIPS FOR TESTING FOR BIOLOGICAL CONDI-TIONS FOR USE IN SAFETY-MONITORING; INDI-CATOR STRIPS FOR INDICATING TEMPERATURES FOR USE IN THE STERILIZA-TION AND SAFETY-MONITORING; ASSAY AND REAGENT TEST KITS AND COUNT PLATES FOR FIELD AND LABORATORY TESTING FOR E COLI, COLIFORM, AND OTHER BACTERIA OR CON-TAMINANTS IN MEAT, DAIRY PRODUCTS AND OTHER TYPES OF FOOD, AND FOR TESTING TO DETECT YEAST AND MOLD; AND STERILIZA-TION MONITOR TESTING KITS CONTAINING INDICATOR STRIPS OR TAPE, REAGENTS AND RECORD KEEPING CARDS OR BINDERS FOR TESTING THE STERILITY OF SURGICAL AND MEDICAL INSTRUMENTS, EQUIPMENT, AND

SUPPLIES , IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-1990; IN COMMERCE 11-0-1990.

FOR: NON-MEDICATED SKIN CARE PRO-DUCTS, NAMELY, CLEANSERS, CREAMS, LO-TIONS, MOISTURIZERS, BARRIER CREAMS AND EMOLLIENTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1996; IN COMMERCE 1-0-1996.

FOR: FULL LINE OF BANDAGES, DRESSINGS AND MEDICAL TAPES, NAMELY, ADHESIVE BANDAGES, BANDAGES FOR SKIN WOUNDS, SURGICAL BANDAGES, WOUND DRESSINGS, NON-STICK PADS FOR USE AS MEDICAL DRES-SINGS, MEDICATED COMPRESSES, TRANSPAR-ENT MEDICAL DRESSINGS, HYDROCOLLOID DRESSINGS, COLOSTOMY DRESSINGS, ULCER DRESSINGS, MEDICAL ADHESIVE TAPES, SURGI-CAL TAPES, AND WOUND AND SKIN CLOSURE ADHESIVE STRIPS WITH OR WITHOUT ANTIMI-CROBIAL SOLUTIONS; GAUZE; WOUND HEAL-ING FILLERS WITH OR WITHOUT GAUZE; MEDICATED SKIN CARE PREPARATIONS; SUR-GICAL DISINFECTANTS AND PREPPING SOLU-TIONS; MEDICATED ANTISEPTIC HAND WASHES; AND CULTURE MEDIA, BACTERIOLOGICAL MEDIA AND DIAGNOSTIC PREPARATIONS FOR CLINICAL OR MEDICAL LABORATORY USE, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-0-1991; IN COMMERCE 2-0-1991.

FOR: COMPUTER SOFTWARE FOR USE IN THE MEDICAL AND HEALTH CARE FIELDS FOR PROCESSING CLAIMS FOR REIMBURSEMENT, MAINTAINING PATIENT RECORDS, CODING AND GROUPING DATA USED FOR MEDICAL AND HEALTH CARE RESEARCH, AND FOR REPORTING HEALTH TRENDS AND OTHER MEDICAL DATA; AND FULL LINE OF RESPIRATORY FACE MASKS FOR FILTERING OUT GERMS, DUST AND POLLEN, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-1992; IN COMMERCE 5-0-1992.

FOR: FULL LINE OF ORTHOPEDIC CASTINGS TAPES, SPLINTS, REINFORCING STRIPS, ELASTIC BANDAGES, AND SUPPORT BANDAGES AND COMPRESSION WRAPS; COMPOSITE FABRICS CONTAINING FIBERGLASS AND RESINS FOR USE IN MAKING CASTS; PADDING FOR ORTHOPEDIC CASTS; ORTHOPEDIC CASTING TOOLS; FULL LINE OF STETHOSCOPES; FULL LINE OF SURGICAL MASKS, FACE SHIELDS, AND RESPIRATORY MASKS FOR MEDICAL PURPOSES; FULL LINE OF SURGICAL AND MEDICAL PROCEDURE DRAPES AND SHEETS; PATIENT ISOLATION DRAPES; MEDICAL-EQUIPMENT ISOLATION DRAPES; NON-ADHERENT SHEETING FOR BEDS, STRETCHERS AND EXAM TABLES; SURGICAL GOWNS; COMPRESSION BANDAGES; SURGICAL COMPRESSES; MEDICAL THERMOMETERS; FULL LINE OF MEDICAL ELECTRODES WITH OR WITHOUT CHEMICAL CONDUCTORS AND WET GELS FOR USE IN CARDIAC, ELECTROCARDIOGRAPH, ELECTROENCEPHALOGRAPH AND OTHER TYPES OF PATIENT MONITORING; LEADS AND CONNECTORS FOR USE WITH MEDICAL ELECTRODES; DEFIBRILLATION PADS; ELECTROSURGICAL PADS,

PLATES AND ADAPTERS TO REMOVE RF CURRENT FROM A PATIENT'S BODY DURING ELECTROSURGERY; THERMAL COLD AND HOT PACKS FOR FIRST AID AND THERAPEUTIC PURPOSES; EYE PATCHES FOR MEDICAL USE; PADDING FOR USE BETWEEN MEDICAL EQUIPMENT AND PATIENTS OR FOR ELEVATING OR POSITIONING LIMBS; POUCHES FOR HOLDING SURGICAL AND MEDICAL INSTRUMENTS; ISOLATION POUCHES AND BAGS FOR STORING ORGANS, TISSUE AND OTHER BODY PARTS FOR TRANSPLANTS AND LABORATORY TESTING; AND FULL LINE OF STERILIZED AND NON-STERILIZED FASTENING AND COMPRESSION SURGICAL WRAPS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-0-1990; IN COMMERCE 6-0-1990.

FOR: ATHLETIC TAPE AND ATHLETIC SUPPORT AND COMPRESSION WRAPS FOR KNEES, WRISTS, ANKLES, ELBOWS, LEGS AND ARMS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1993; IN COMMERCE 0-0-1993.

OWNER OF U.S. REG. NOS. 1,181,981, 1,234,260 AND OTHERS.

THE MATTER SHOWN IN BROKEN LINES INDICATES THE RELATIVE PLACEMENT OF THE MARK ON A TYPICAL PACKAGE FOR THE GOODS AND IS NOT CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 76-138,263, FILED 9-29-2000.

ALICIA COLLINS, EXAMINING ATTORNEY

EXHIBIT 6

Side - 1



**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION
MAILING DATE: Dec 21, 2009**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

| | |
|---|---|
| **REG NUMBER:** | 2793534 |
| **MARK:** | 3M AND DESIGN |
| **OWNER:** | 3M COMPANY |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

James F. Voegeli
3M Innovative Properties Company
3M Center, 2501 Hudson Road
220 9E 01
St. Paul, MN   55144

EXHIBIT 7–1

Hi Chris!                                                                      Sell   Watchlist   My eBay

# ebay

| Search for anything | All Categories ▾ |

Back to search results | Listed in category: Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks >
See more 3M N95 Health Care Particulate Respirator Mask...



SAVE UP TO **7%** WHEN YOU BUY MORE



## 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK

3M™ Particulate Respirator 1860, 20 PACK SEALED RETAIL

🔥 770 viewed per day          98 product ratings

| Condition: | New |
|---|---|

Bulk savings:
| Buy 1 $158.89/ea | Buy 2 $150.95/ea |
|---|---|
| Buy 3 $149.36/ea | |

Quantity: [ 1 ]   4 or more for $147.77/ea

More than 10 available
919 sold / See feedback

Price: **US $158.89/ea**

No Interest if paid in full in 6 mo on $99+*

| Buy It Now |
| Add to cart |
| Add to Watchlist |

| 100% buyer satisfaction | 919 sold | More than 82% sold |
|---|---|---|

| Shipping: | **FREE** Standard Shipping | See details |
|---|---|---|
| | Item location: Studio City, California, United States | |
| | Ships to: United States   See exclusions | |
| Delivery: | Estimated on or before **Fri. Nov. 20** to 95134 | |
| Payments: | | |

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+.  |  See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | Free 30 day returns | See details |
|---|---|---|

### Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

### Seller information
theperfectpart (424949     )
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Have one to sell? [ Sell now ]

---

Similar sponsored items 1/2                                                    Feedback on

     

**3M N95 Protective Disposable Face Mask...**
$38.99
Free shipping
Seller 99.8% positive

**3M Aura 9205+ N95 NIOSH Protective...**
$35.69
Free shipping
Seller 99.8% positive

**3M N95 Protective Disposable Face Mask...**
$39.95
Free shipping
Almost gone

**3M™ VFlex™ 9105 NIOSH Approved N95 Particulat...**
$165.00
Free shipping
Seller 99.8% positive

**20 pack Medicom Safe+ N95 Disposable Face...**
$98.90
Free shipping
Seller 99.8% positive

**3M 8200 N95 Disposable Fa...**
$89.99
Free shipping
Seller 99.8% p...

---

Sponsored items from this seller 1/2                                    Feedback or

     

**3M 9132 N95 Protective Disposable Face Mask...**
$48.75
Free shipping
Popular

**3M Aura 9205+ N95 NIOSH Protective...**
$35.79
Free shipping
Popular

**N95 Protective Disposable Face Mask...**
$14.95
Free shipping

**Venus V-410 V N95 NIOSH Protective Disposable...**
$24.95
Free shipping

**3M 9502V+ N95 Protective Disposable...**
$27.89
Free shipping
Popular

**3M 9542V KN9... Mask Protectiv...**
$38.75
Free shipping

---

| Description | Shipping and payments |

eBay item number:  1934

Last updated on Nov 11, 2020 12:28:21 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | 1860 |
| UPC: | 50707387419429 | MPN: | 1860 |
| 3M ID: | 70070612364-PERU | Brand: | 3M |
| Pack Size: | 20 | Intended Use/Discipline: | Anesthesiology, Biological Laboratory, Cardiology, Cosmetology, Dental Laboratory, Dentistry, Dermatology Emergency Medicine, Endocrinology, Endodontics |
| Expiration: | 2025 | Rating: | NIOSH N95 |



**The Perfect Part**
theperfectpart (424949 )  100%
Sign up for newsletter

Search within store

Visit Store:  The Perfect Part

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

Items On Sale

**WELCOME TO THE PERFECT PART**
INNOVATIVE STATE-OF-ART



**3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK**

# 20 PACK - RETAIL SEALED PACKAGING

## Details

- NIOSH Approved: N95
- Manufactured by 3M Peru
- Helps protect against certain airborne biological particles
- Fluid resistant and disposable
- SKU: 70070612364 UPC: 50707387419429

This health care particulate respirator and surgical mask helps provide respiratory protection against certain airborne biological particles. It is disposable and fluid resistant to splash and spatter of blood and other infectious material.

This healthcare respirator is designed to help provide respiratory protection for the wearer. It meets CDC guidelines for Mycobacterium tuberculosis exposure control. As a disposable particulate respirator, it is intended to help reduce wearer exposure to certain airborne particles including those generated by electrocautery, laser surgery, and other powered medical instruments. As a surgical mask, it is designed to be fluid resistant to splash and spatter of blood and other infectious materials.

Features include:

- NIOSH approved N95
- Meets CDC guidelines for Mycobacterium tuberculosis exposure control
- 99% BFE (Bacterial Filtration Efficiency) according to ASTM F2101
- Fluid resistant according to ASTM F1862
- Respirator contains no components made from natural rubber latex
- Collapse resistant cup shape design
- Braided headbands, cushioning nose foam, and lightweight construction for comfortable wear

## Specifications

| | |
|---|---|
| Aerosol Type | Non-Oil |
| Braided Comfort Strap | Yes |
| Brand | 3M™ |
| Cartridge or Filter Included | Yes |
| Case Quantity | 120 |
| Class | Market Leader |
| Exhalation Valve | No |
| Faceseal/Nosefoam | Nosefoam |
| Features | Advanced Electrostatic Media |
| Filter Class | N95 |
| Flame Resistance (ASTM D2859-96) | No |
| Flammability Rating | Class 1 |
| Fluid Resistance | 120mm Hg |

| | |
|---|---|
| Fluid Resistant (ASTM F1862) | Yes |
| Gas & Vapor Protection Type | Particulates |
| Hazard Type | Mold, Silica |
| Individually Wrapped | No |
| Market | Aerospace, Defense, Homeland Security |
| Model | 1860 |
| National Stock Number | 6532014225282 |
| Natural Rubber Latex Components | No |
| Packaging | Bulk Case |
| Product Color | Teal |
| Product Type | Healthcare Respirator |
| Purpose | Healthcare Respirator |
| Recommended Application | Agricultural Production, Airborne Biological Particles, Bagging, Dry Chemical Handling, Foundry Operations, Grinding, Petrochemical Manufacturing, Processing of Minerals, Sanding, Textile Operations |
| Recommended Industry | Health Care |
| Respirator Size | Standard |
| Respirator Style | Cup |
| Segment | Personal Safety |
| Size | Standard |
| Standards/Approvals | N95 |
| Strap Attachment Type | Braided Comfort Strap |

## Payment Information:

- We Accept PayPal
- We Accept Credit Card via PayPal



## Shipping Information:

SHIPS SAME DAY WITHIN 1-2 HOURS ASAP

- SHIPS SAME DAY WITHIN 1-2 HOURS ASAP
- SHIPS IMMEDIATELY
- TOP PRIORITY FOR FULFILLMENT (Items gets fulfilled first over any other orders)

## Refund & Return Policy:

- We offer a 30 day return policy on all items purchased from us.
- Please contact us within 30 days after receipt of the item for a return.
- Do not ship the item back to us without contacting us first.
- Return shipping is responsibility of buyer.

-

We thank you so much for looking! If you have any questions or concerns, please do not hesitate to message us.

## Ratings and Reviews

Write a

| | | | | | |
|---|---|---|---|---|---|
| **4.3** | 5 | 74 | 88% | 70% | 89% |
| | 4 | 7 | | | |
| | 3 | 3 | | | |
| | 2 | 0 | Would recommend | Good value | Good quality |
| 98 product ratings | 1 | 14 | | | |

**Most relevant reviews**

See all 7

### Real N95's, but expensive

by jake_9027
Oct 20, 2020

Top favorable review

Product was of good quality, and staff are reporting that the fit is comfortable, nursing staff believe these mask are actual N95's and qu
appears well made and genuine.

Price is rather high, but given the market competition for PPE at this time, we were willing to pay that high cost. Product was made in Ch
but delivered via Canada.

We would purchase again.

Verified purchase: Yes | Condition: New | Sold by: theperfectpart

(1)    (0)

### Good protection, easy breathing, but uncomfortable

by jimor3007
Oct 06, 2020

Top critical review

On the plus side, it's a surgical-rated N95 mask, so it's rated to filter out airborne bacteria and viruses as well as particulates. So it prote
the wearer as well as others. It's also easier to breathe using this mask than using a soft mouth and face covering. On the minus side, it'
expensive (I paid $54 for 3 masks) and is uncomfortable on the bridge of the nose if you're wearing it for an extended period. I would be
happier with it if it didn't become uncomfortable.

Verified purchase: Yes | Condition: New | Sold by: paylessbeauty

(2)    (0)

11/13/2020 3:40:08 PM 3M N95 Health Care Particulate Mask - Size Details, Respirator Surgical 20 Count 051138029401 eBay

Case 2:20-cv-10540-JVS-JEM Document 18 Filed 11/18/20 Page 31 of 61 Page ID #:258

by **skrim**
Oct 14, 2020

### These masks look to be the real thing.

Arrived sealed in a retail looking box with a hologram seal on it.  They look to be the same build quality as my pre-Covid 3M N95 dust m
had around from last year.  The seal I mentioned says "3M Peru" on it, so I guess they came from Peru.  I checked and 3M does in fact ha
medical supply division in Lima, so that checks out.  Price is a bit high but in line with the market, supply and demand etc.  Happy to ge
as I'll feel a bit safer when I have to get on a plane later this year.

Verified purchase: Yes | Condition: New | Sold by: theperfectpart

(1)    (0)

by **robert_lutz**
Nov 03, 2020

### Regular Size N-95

Made a mistake in not understanding the size difference between small and regular. These regular sized masks are the ones that prope
an adult.

Verified purchase: Yes | Condition: New | Sold by: paylessbeauty

(0)    (0)

by **jpri7403**
Sep 28, 2020

### USA MADE 3M N95 MASKS ARE GREAT

The 3M N95 1860 masks made in the U.S. are well made and as comfortable to wear as any N95 mask.  Just make sure that they are mac
the US and not in Singapore.  The Singapore-made masks are of poor quality.

Verified purchase: Yes | Condition: New | Sold by: asatechmedinc

(0)    (0)

---

Back to search results  |  See More Details about "3M N95 Health Care Particulate Respirator Mask - Size ..."

More to explore :   3M Full Face Respirator Masks,   3M Industrial Respirator Masks,   3M Industrial Masks & Respirators,   3M Full Face Mask L Industrial Respirator Masks,
3M Half Mask Industrial Respirator Masks,   Full Face Mask Industrial Respirator Masks,   3M N95 Filter Class Industrial Mask Replacement Cartridges,   Industrial Masks & Respira
Full Face Respirator,   MSA Industrial Masks & Respirators

---

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

EXHIBIT 7–2

11/13/2020 · · · · · · · · · · · 3M Aura 9205+ N95 NIOSH Protective Disposable Face Mask Particulate Respirator · · · · · ·

Hi Chris!                                                                                      Sell    Watchlist    My eBay

**eBay**    [ Search for anything                                          ]  | All Categories ▾ |

Back to search results | Listed in category:  Business & Industrial  ›  Healthcare, Lab & Dental  ›  Medical, Lab & Dental Supplies  ›  Disposable Face Masks

SAVE UP TO **7%** WHEN YOU BUY MORE



### 3M Aura 9205+ N95 NIOSH Protective Disposable Face Mask Particulate Respirator

3M™ Particulate Respirator 9205+ - SHIPS TODAY FROM USA

🔥 **7 watched in last 24 hours**

Condition:  New

Pack:  | 10 Pack ▾ |

Bulk savings:
| Buy 1 $69.79/ea | Buy 2 $66.30/ea |
| Buy 3 $65.60/ea | |

Quantity:  | 1 |  4 or more for $64.90/ea

More than 10 available
288 sold / See feedback

Price:  **US $69.79/ea**

Shipping:  **FREE** Standard Shipping | See details
Item location: Studio City, California, United States
Ships to: United States  See exclusions

Delivery:  Estimated between **Thu. Nov. 19** and **Sat. Nov. 21** to 95134

Payments:

**PayPal CREDIT**
Special financing available. | See terms and apply now
Earn up to 5x points when you use your
eBay Mastercard®. Learn more

Returns:  Free 30 day returns | See details



Shop with confidence

eBay Money Back Gu...
Get the item you order...
your money back. Lea...

**Seller information**
theperfectpart (424949    )
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

[ Buy It Now ]
[ Add to cart ]
[ Add to Watchlist ]

Have one to sell?  [ Sell now ]

Similar sponsored items 1/2                                                                    Feedback on

       

**3M Aura 9205+ N95 NIOSH Protective...**
$35.69
Free shipping
Seller 99.8% positive

**3M N95 Protective Disposable Face Mask...**
$38.99
Free shipping
Seller 99.8% positive

**3M N95 Protective Disposable Face Mask...**
$39.95
Free shipping
Almost gone

**Optrel P.AIR N95 NIOSH Swiss Made Respiratory...**
$39.99
Free shipping
Seller 99.4% positive

**Venus V-410 V N95 NIOSH Protective Disposable...**
$24.95
Free shipping
Seller 100% positive

**3M 8511 N95 P... Disposable Fa...**
$41.79
Free shipping
Seller 99.8% p...

---

Sponsored items from this seller 1/2                                          Feedback or

     

**3M 9132 N95 Protective Disposable Face Mask...**
$48.75
Free shipping
Popular

**N95 Protective Disposable Face Mask...**
$14.95
Free shipping

**Venus V-410 V N95 NIOSH Protective Disposable...**
$24.95
Free shipping

**3M 1860 N95 NIOSH Protective Face Mask...**
$158.89
Free shipping
Popular

**3M 9502V+ N95 Protective Disposable...**
$27.89
Free shipping
Popular

**3M 9542V KN... Mask Protectiv...**
$38.75
Free shipping

---

| **Description** | **Shipping and payments** |
| --- | --- |

eBay item number: 1936

Seller assumes all responsibility for this listing.

Last updated on Nov 11, 2020 12:28:22 PST   View all revisions

### Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | 9205+ |
| Intended Use/Discipline: | Anesthesiology, Biological Laboratory, Cardiology, Cosmetology, Dental Laboratory, Dentistry, Dermatology, Emergency Medicine, Endocrinology, Endodontics | MPN: | 9205+ |
| 3M ID: | 7100232940 | Brand: | 3M |



**The Perfect Part**
theperfectpart (424949 )  100%
Sign up for newsletter

Search within store

Visit Store: The Perfect Part

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

Items On Sale

---

## WELCOME TO THE PERFECT PART
### INNOVATIVE STATE-OF-ART



**3M Aura 9205+ N95 NIOSH Protective Disposable Face Mask Particulate Respirator**

## Specifications

| | |
|---|---|
| Aerosol Type | Non-Oil |
| Brand | Aura™ |
| Case Quantity | 440 |
| Exhalation Valve | No |
| Filter Class | N95 |
| Flame Resistance (ASTM D2859-96) | No |
| Fluid Resistant (ASTM F1862) | N/A |
| Natural Rubber Latex Components | No |
| Nuisance Odor Relief (< OSHA PEL) | No |
| Product Color | White |
| Product Type | Particulate respirator |
| Recommended Application | Agricultural Production, Airborne Biological Particles, Assembly and Mechanical, Bagging, Cleaning, Construction, Dry Chemical Handling, Foundry Operations, Grinding, Metal Repair, Paper Processing, Processing of Minerals, Sanding, Textile Operations |
| Recommended Industry | Construction, General Manufacturing, Industrial Maintenance, Mining, Oil & Gas, Transportation |
| Respirator Size | Standard |
| Respirator Style | Flat Fold |
| SGBG New Product | Yes |
| Standards/Approvals | N95 |

## Details

- NIOSH approved for at least 95 percent filtration efficiency against certain non-oil based particles
- Designed to direct exhaled air away from the nose panel, helping reduce eyewear fogging
- Curved low profile design conforms well to nose and eye contours, allowing more room for eyewear
- Individual packaging and flat fold design provides convenient storage and portability
- Innovative chin tab designed for ease of positioning, donning & adjustment
- Soft inner materials
- Adjustable nose clip helps provide a custom secure seal
- Compatible with a variety of eyewear

The 3M™ Aura™ Series Particulate Respirator 9205+, N95 is a three-panel, flat-fold disposable respirator designed to help provide comfortable, reliable worker protection against non-oil based particles.

3M™ Particulate Respirator 9205+, N95 is a disposable particulate respirator that is designed to help provide reliable respiratory protection of at least 95 percent filtration efficiency against certain non-oil based particles. The lightweight, three-panel designed respirator helps provide quality, reliable, and convenient worker respiratory protection. 3M uses a variety of innovative technologies and features to help you meet your respiratory protection and comfort needs. 3M`s proprietary filter media, 3M™ Advanced Electret Media, filters dust and other particles, while allowing for easy breathing. The soft inner material provides added comfort while the soft nose foam and adjustable nose clip help provide a custom seal. Unique features to the Aura™ Series Particulate Respirators include: sculpted nose panel that follows the contours of your nose allowing more room for eyewear, embossed top panel that is designed to

36

help reduce the fogging of eyewear from warm, moist exhaled air, and innovative chin tab designed for ease of positioning, donning, and adjustment. These features are designed to enhance user comfort; the unique three-panel flat fold design is collapse resistant and its individual packaging allows for easy storage prior to use.

Suggested applications: Grinding, Sanding, Sweeping, Bagging and other dusty or arid operations. Can also be used to help reduce inhalation of certain airborne biological particles like mold, Bacillus anthracis, Mycobacterium tuberculosis, etc. Example applications include emergency or pandemic preparedness planning, stockpiling, etc.

WARNING: These respirators help reduce exposures to certain airborne contaminants. Before use, the wearer must read and understand the User Instructions provided as a part of the product packaging. In the U.S., a written respiratory protection program must be implemented meeting all the requirements of OSHA 1910.134 including training, fit testing and medical evaluation. In Canada, CSA standards Z94.4 requirements must be met and/or requirements of the applicable jurisdiction, as appropriate. Misuse may result in sickness or death.

## Payment Information:

- We Accept PayPal
- We Accept Credit Card via PayPal



## Shipping Information:

- SHIPS SAME DAY WITHIN 1-2 HOURS ASAP
- SHIPS IMMEDIATELY
- TOP PRIORITY FOR FULFILLMENT (Items gets fulfilled first over any other orders)

## Refund & Return Policy:

- We offer a 30 day return policy on all items purchased from us.
- Please contact us within 30 days after receipt of the item for a return.
- Do not ship the item back to us without contacting us first.
- Return shipping is responsibility of buyer.

-
We thank you so much for looking! If you have any questions or concerns, please do not hesitate to message us.

Back to search results

More to explore :  3M Full Face Respirator Masks,  3M N95 Filter Class Industrial Disposable Filter Masks,  3M Industrial Masks & Respirators,  3M Industrial Respirator Masks, N95 Filter Class Industrial Disposable Filter Masks,  Disposable Face Masks,  Full Face Mask Industrial Respirator Masks,  3M Industrial Disposable Filter Masks, Full N95 Filter Class Industrial Disposable Filter Masks,  3M N95 Filter Class Industrial Mask Replacement Cartridges

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

https://www.ebay.com/itm/3M-Aura-9205-N95-NIOSH-Protective-Disposable-Face-Mask-Particulate-Respirator/193657405263?hash=item2d16e17f4f:… 6/6

EXHIBIT 7–3

Hi Chris!



Sell   Watchlist   My eBay

🔍 Search for anything                                        All Categories ▾

Back to search results | Listed in category:   Business & Industrial  >  Healthcare, Lab & Dental  >  Medical, Lab & Dental Supplies  >  Disposable Face Masks   |

SAVE UP TO **7%** WHEN YOU BUY MORE





### 3M 9502V+ N95 Protective Disposable Face Mask Cover NIOSH Respirator 25 PCS KN95

3M™ Particulate Respirator 9502V+ - RETAIL SEALED PACK

🔥 46 viewed per hour

| Condition: | New |
|---|---|
| Pack: | 10 Pack ▾ |

| Bulk savings: | Buy 1 $55.49/ea | Buy 2 $52.72/ea |
|---|---|---|
| | Buy 3 $52.16/ea | |

Quantity: | 1 |   4 or more for $51.61/ea

More than 10 available
**554 sold** / See feedback

Price: **US $55.49/ea**

Buy It Now

Add to cart

Add to Watchlist

**100% buyer satisfaction** | 554 sold | Free shipping and returns

Shipping:    **FREE** Standard Shipping | See details
Item location: Studio City, California, United States
Ships to: United States See exclusions

Delivery:    Estimated between **Thu. Nov. 19** and **Sat. Nov. 21** to 95134

Payments:

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    Free 30 day returns | See details



Shop with confidence

eBay Money Back Gu...
Get the item you order...
your money back. Lear...

**Seller information**
theperfectpart (424949     )
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2                                                      Feedback on








| 3M N95 Protective Disposable Face Mask... | 3M N95 Protective Disposable Face Mask... | Venus V-410 V N95 NIOSH Protective Disposable... | 3M Aura 9205+ N95 NIOSH Protective... | 3M 9501+ KN95 Face Mask Protective... | Honeywell N95 Niosh Approved... |
|---|---|---|---|---|---|
| $38.99 | $39.95 | $24.95 | $35.69 | $21.95 | $49.50 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.8% positive | Almost gone | Seller 100% positive | Seller 99.8% positive | Seller 100% positive | Seller 99.9% positive |

---

Sponsored items from this seller 1/2       Feedback on








| 3M 9132 N95 Protective Disposable Face Mask... | 3M 9542V N95 Face Mask Protective... | 3M 9501+ KN95 Face Mask Protective... | 3M Aura 9205+ N95 NIOSH Protective... | N95 Protective Disposable Face Mask... | 5/10PCS BYD Protective Dis... |
|---|---|---|---|---|---|
| $48.75 | $38.75 | $21.95 | $35.79 | $14.95 | $24.89 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | | Popular | | Popular |

---

**Description** | Shipping and payments

Seller assumes all responsibility for this listing.

eBay item number:   2030

Last updated on   Nov 11, 2020 13:36:25 PST   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | 9502V+ |
| Rating: | NIOSH N95 | MPN: | 9502V+ |
| UPC: | 6912504228962 | Brand: | 3M |
| 3M ID: | 70070757557 | Intended Use/Discipline: | Anesthesiology, Biological Laboratory, Cardiology, Cosmetology, Dental Laboratory, Dentistry, Dermatology, Emergency Medicine, Endocrinology, Endodontics |
| Pack Size: | 5,10,25 | | |

---



**The Perfect Part**

theperfectpart (424949   )   100%

✉ Sign up for newsletter

Search within store

Visit Store:   The Perfect Part

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

Items On Sale

## WELCOME TO THE PERFECT PART
### INNOVATIVE STATE-OF-ART



**3M 9502V+ N95 Protective Disposable Face Mask Cover NIOSH Respirator 25 P...**

## 5 PACK - SEALED
## 10 PACK - SEALED
## 25 PACK - SEALED RETAIL

**The 3M KN95 Respirator 9502V+ is a reliable breathing protection against virus and bacteria. The KN95 standard from China is equivalen**
The 3M 9502V+ anti-particulate mask is a disposable protective mask with a lightweight structure that provides excellent breathing protection for the use of users for the protective performance and comfort performance of masks.
The protective mask uses 3M's proprietary high-efficiency electrostatic filter technology, which minimizes breathing resistance on the premise of meeting

Adjustable nose clips and soft nose pads can help different users achieve good face adhesion and reduce the possibility of fogging the glasses.The over used with a variety of eye and face protection and hearing protection products.

**Product Features:**
1. Low breathing resistance and comfortable wearing.
2. Sealed nose clip: easy to fix, improve the sealing of the mask, thickened four corners design, easy to shape and durable.
3. Three-dimensional cup design: Three-dimensional cup design, large internal space, easy mouth movement, comfortable wearing.
4. 3M Cool Flow Exhalation Valve keeps inside the mask cool and prevent moisture build-up.
5. Headband headgear.

**Note:**
- Product is Non-washable. Use UVC or Ozone devices to disinfect masks for reuse.
- Suitable for 10 years+ Child and Adult.
- Due to Personal Hygiene and Safety Concerns, NO OPEN ITEM RETURNS will be accepted.
- Masks are not individually wrapped but will be packaged in a sealed bag.
- Masks are 100% assured of being new and unused.
- N95/KN95/FFP2 respirators are recommended by World Health Organization. They are not exactly the same, but equivalent standard:
  - N95 (United States NIOSH-42 CFR 84 standard)
  - KN95 (China GB2626-2006 standard)
  - FFP2 (Europe EN 149-2001 standard)

## Payment Information:

- We Accept PayPal
- We Accept Credit Card via PayPal



## Shipping Information:

- SHIPS SAME DAY WITHIN 1-2 HOURS ASAP
- SHIPS IMMEDIATELY
- TOP PRIORITY FOR FULFILLMENT (Items gets fulfilled first over any other orders)

## Refund & Return Policy:

- We offer a 30 day return policy on all items purchased from us.
- Please contact us within 30 days after receipt of the item for a return.
- Do not ship the item back to us without contacting us first.
- Return shipping is responsibility of buyer.

-
We thank you so much for looking! If you have any questions or concerns, please do not hesitate to message us.

---

Back to search results

More to explore :   3M Full Face Respirator Masks,   3M N95 Filter Class Industrial Disposable Filter Masks,   3M Industrial Masks & Respirators,   3M Industrial Respirator Masks,   N95 Filter Class Industrial Disposable Filter Masks,   3M Half Mask Industrial Respirator Masks,   Disposable Face Masks,   3M Industrial Disposable Filter Masks,   3M N95 Filter Class Industrial Mask Replacement Cartridges,   Molded N95 Filter Class Industrial Disposable Filter Masks

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

EXHIBIT 7–4

Hi Chris!

Sell    Watchlist    My eBay

# ebay

Search for anything                                        All Categories

Back to search results | Listed in category:    Business & Industrial > Healthcare, Lab & Dental > Medical, Lab & Dental Supplies > Disposable Face Masks

## SAVE UP TO **7%** WHEN YOU BUY MORE





### 3M 9132 N95 Protective Disposable Face Mask Cover NIOSH Particulate Respirator

3M™ Particulate Respirator 9132 - RETAIL SEALED PACKS

| | |
|---|---|
| Condition: | New |
| Pack: | 10 Pack |

Bulk savings:

| Buy 1 $97.45/ea | Buy 2 $92.58/ea |
|---|---|
| Buy 3 $91.60/ea | |

Quantity: 1    4 or more for $90.63/ea

More than 10 available
177 sold | See feedback

Price: **US $97.45/ea**

Buy It Now

Add to cart

Add to Watchlist

100% buyer satisfaction | 177 sold | Free shipping and returns

Shipping:    **FREE** Standard Shipping | See details
Item location: Studio City, California, United States
Ships to: United States   See exclusions

Delivery:    Estimated between **Thu. Nov. 19** and **Sat. Nov. 21** to 95134

Payments:

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:    Free 30 day returns | See details

Have one to sell?    Sell now



Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lea

### Seller information

theperfectpart (424949   )
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Similar sponsored items 1/2                                        Feedback o

46

Case 2:20-cv-10540-JVS-JEM   Document 18   Filed 11/18/20   Page 47 of 61   Page ID #:274








| 3M N95 Protective Disposable Face Mask... | 3M N95 Protective Disposable Face Mask... | 3M Aura 9205+ N95 NIOSH Protective... | 3M 8511 N95 Protective Disposable Face Mask... | Honeywell N95 Face Mask H910 Plus NIOSH... | 3M 8511 N95 P... Disposable Fa... |
|---|---|---|---|---|---|
| $38.99 | $39.95 | $35.69 | $41.79 | $49.50 | $41.79 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.8% positive | Almost gone | Seller 99.8% positive | Almost gone | Seller 99.9% positive | Seller 99.8% p... |

Sponsored items from this seller 1/2            Feedback or








| 3M Aura 9205+ N95 NIOSH Protective... | N95 Protective Disposable Face Mask... | 3M 9502V+ N95 Protective Disposable... | Venus V-410 V N95 NIOSH Protective Disposable... | 3M 1860 N95 NIOSH Protective Face Mask... | 3M 9542V KN9 Mask Protectiv... |
|---|---|---|---|---|---|
| $35.79 | $14.95 | $27.89 | $24.95 | $158.89 | $38.75 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | Popular | | Popular | |

---

| **Description** | Shipping and payments |
|---|---|

eBay item number:   203

Seller assumes all responsibility for this listing.

Last updated on Nov 11, 2020 12:28:21 PST   View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | 9132 |
|---|---|---|---|
| 3M ID: | 202020711 | MPN: | N95 |
| Pack Size: | 5,10,25 | Brand: | 3M |
| Expiration: | 2025 | Intended Use/Discipline: | Anesthesiology, Biological Laboratory, Cardiology, Cosmetology, Dental Laboratory, Dentistry, Dermatology, Emergency Medicine, Endocrinology, Endodontics |
| Use: | Healthcare | Rating: | N95 Niosh |

---

**The Perfect Part**

theperfectpart (424949   )   100%

THE PERFECT PART

Sign up for newsletter

Search within store

Visit Store:   The Perfect Part

Hi outgrabe. If you like what you see, browse my Store to find more items you may love.

Items On Sale

## WELCOME TO THE PERFECT PART
### INNOVATIVE STATE-OF-ART



**3M 9132 N95 Protective Disposable Face Mask Cover NIOSH Particulate Res**

## 5 PACK - SEALED
## 10 PACK - SEALED
## 25 PACK - SEALED

The 3M 9132 anti-particulate mask is a disposable protective mask with a lightweight structure that provides excellent breathing protection for the user. A users for the protective performance and comfort performance of masks.
The protective mask uses 3M's proprietary high-efficiency electrostatic filter technology, which minimizes breathing resistance on the premise of meeting

Adjustable nose clips and soft nose pads can help different users achieve good face adhesion and reduce the possibility of fogging the glasses.The over used with a variety of eye and face protection and hearing protection products.

**Product Features:**
1. Low breathing resistance and comfortable wearing.
2. Sealed nose clip: easy to fix, improve the sealing of the mask, thickened four corners design, easy to shape and durable.
3. Three-dimensional cup design: Three-dimensional cup design, large internal space, easy mouth movement, comfortable wearing
4. Fluid resistant Surgical Mask.
5. NO VALVE
6. Headband

## Payment Information:

- We Accept PayPal
- We Accept Credit Card via PayPal



## Shipping Information:

- SHIPS SAME DAY WITHIN 1-2 HOURS ASAP
- SHIPS IMMEDIATELY
- TOP PRIORITY FOR FULFILLMENT (Items gets fulfilled first over any other orders)

## Refund & Return Policy:

- We offer a 30 day return policy on all items purchased from us.
- Please contact us within 30 days after receipt of the item for a return.
- Do not ship the item back to us without contacting us first.
- Return shipping is responsibility of buyer.

-
We thank you so much for looking! If you have any questions or concerns, please do not hesitate to message us.

Case 2:20-cv-10540-JVS-JEM Document 18 Filed 11/18/20 Page 50 of 61 Page ID #:277

More to explore :   3M Full Face Respirator Masks,   3M N95 Filter Class Industrial Disposable Filter Masks,   3M Industrial Masks & Respirators,   3M Industrial Respirator Masks,   N95 Filter Class Industrial Disposable Filter Masks,   3M Half Mask Industrial Respirator Masks,   Disposable Face Masks,   Full Face Mask Industrial Respirator Masks,   3M Industrial Disposable Filter Masks,   3M N95 Filter Class Industrial Mask Replacement Cartridges

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

50

EXHIBIT 8












3M 8210 N95 NIOSH
Protective Face Mask...
**$137.99**
Free shipping
Seller 99.7% positive

3M 8511 N95 Protective
Disposable Face Mask...
**$59.89**
Free shipping
Seller 100% positive

New Sealed 3M N95 1860
Health Care Respirator...
**$158.90**
+ $14.90 shipping
Seller 99.6% positive

3M 8511 N95 Protective
Disposable Face Mask...
**$59.95**
Free shipping
Seller 99.7% positive

Pack of 3 3M 8210 N95
NIOSH Aprroved...
**$30.95**
Free shipping
Seller 99.4% positive

Makrite 9500-N95 NIOSH
CDC Surgical Medical N...
**$89.99**
Free shipping
Seller 99.4% positive

Sponsored items from this seller 1/2                                    Feedback on our suggestions



3M 9132 N95 Protective
Disposable Face Mask...
**$48.89**
Free shipping

3M 8511 N95 Protective
Disposable Face Mask...
**$59.89**
Free shipping
Popular

3M 9502V+ N95
Protective Disposable...
**$29.79**
Free shipping
Popular

3M 9542 KN95 Particulate
Respirator Disposable...
**$42.69**
Free shipping

3M 9542V KN95 Face
Mask Protective...
**$42.49**
Free shipping

5/10PCS BYD DE2322 N95
Protective Disposable...
**$29.29**
Free shipping
Popular

---

**Description** | Shipping and payments                                    Report item

Seller assumes all responsibility for this listing.                    eBay item number:  **193670786751**

Last updated on  Oct 06, 2020 22:12:23 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | 1860 |
| UPC: | 50707387419429 | MPN: | 1860 |
| 3M ID: | 70070612364 | Brand: | 3M |
| Pack Size: | 20 | Intended Use/Discipline: | Anesthesiology, Biological Laboratory, Cardiology, Cosmetology, Dental Laboratory, Dentistry, Dermatology, Emergency Medicine, Endocrinology, Endodontics |
| Expiration: | 2025 | Rating: | NIOSH N95 |

**The Perfect Part**
theperfectpart (403506  )  100%
Sign up for newsletter

Hi iaftcm3p1555*. If you like what you see, browse my Store to find more items you may love.
Items On Sale

Search within store

Visit Store:  The Perfect Part



**3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK**

## 20 PACK - RETAIL SEALED PACKAGING

### Details

- NIOSH Approved: N95

- FDA Cleared for use as surgical mask

- Helps protect against certain airborne biological particles

- Fluid resistant and disposable

- SKU: 70070612364 UPC: 50707387419429

This health care particulate respirator and surgical mask helps provide respiratory protection against certain airborne biological particles. It is disposable and fluid resistant to splash and spatter of blood and other infectious material.

This healthcare respirator is designed to help provide respiratory protection for the wearer. It meets CDC guidelines for Mycobacterium tuberculosis exposure control. As a disposable particulate respirator, it is intended to help reduce wearer exposure to certain airborne particles including those generated by electrocautery, laser surgery, and other powered medical instruments. As a surgical mask, it is designed to be fluid resistant to splash and spatter of blood and other infectious materials.

Features include:

- NIOSH approved N95

- Meets CDC guidelines for Mycobacterium tuberculosis exposure control

- FDA cleared for use as a surgical mask

- 99% BFE (Bacterial Filtration Efficiency) according to ASTM F2101

- Fluid resistant according to ASTM F1862

Feedback

54

Case 2:20-cv-10540-JVS-JEM   Document 18   Filed 11/18/20   Page 55 of 61   Page ID #:282

## Ratings and Reviews

Write a review

**4.2**

77 product ratings

| | |
|---|---|
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |

84% — Would recommend

66% — Good value

86% — Good quality

### Most relevant reviews

See all 58 reviews

by jpri7403
Sep 28, 2020
Top favorable review

**USA MADE 3M N95 MASKS ARE GREAT**

The 3M N95 1860 masks made in the U.S. are well made and as comfortable to wear as any N95 mask.  Just make sure that they are made in the US and not in Singapore.  The Singapore-made masks are of poor quality.

Verified purchase: Yes | Condition: New | Sold by: asatechmedinc

(0)    (0)

by elvakhme0
Mar 18, 2020
Top critical review

**Rip off**

This product is good quality but $28 for 3 masks??? I work at the hospital and we have it in the 3m box (20 masks). When I was buying I assumed that it would be in the box with 20 pieces. I received plastic packets with 3 masks only. It's a rip off.

Verified purchase: Pre-owned | Condition: Pre-owned | Sold by: patio9908

(2)    (0)

by terrild60
Mar 04, 2020

**3M N95 Particulate Respirated Mask**

Well made mask, will work to provide protection to others if I'm sick & need to try to keep others from getting my illness. However, price was absolutely ridiculously high....shouldn't price gouge!!

Verified purchase: Yes | Condition: Pre-owned | Sold by: rgsellersinc

(2)    (0)

by windandfire
Apr 08, 2020

**Well constructed N95 mask**

Well made and constructed 95 mask. Exactly as expected.
Priced very high, but considering current shortage, understandable.

(0)    (0)

by hersh-rodge
May 13, 2019

**Great Respirator Masks**

Great produce at a very reasonable price.  I use these masks when I mow acres of grass and I don't suffer from hay fever.  Without the mask it takes me weeks to get over breathing problems caused by breathing grass clippings. .

Verified purchase: Yes | Condition: New | Sold by: preferredpharma...

(2)    (7)

---

Back to home page | See More Details about "3M N95 Health Care Particulate Respirator Mask - Size ..."    Return to top

More to explore :  3M Full Face Respirator Masks,  3M Industrial Masks & Respirators,  3M Industrial Respirator Masks,  3M Half Mask Industrial Respirator Masks,  3M Full Face Mask L Industrial Respirator Masks,  Full Face Mask Industrial Respirator Masks,  3M N95 Filter Class Industrial Mask Replacement Cartridges,  Industrial Masks & Respirators,  Full Face Respirator,  MSA Industrial Masks & Respirators

Feedback

55

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Feedback

 **Fred Petrovsky <fredpetrovsky@gmail.com>**

## theperfectpart has sent a question about item #193670786751, ending on Oct-18-20 17:10:11 PDT - 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK

1 message

**eBay - theperfectpart** <theper_dtiy2849pf@members.ebay.com>          Thu, Oct 8, 2020 at 12:29 PM
To: fredpetrovsky@gmail.com

New message: Fred A. Petrovsky, *** YOUR ITEM WAS...



New message from: **theperfectpart** (403,547 ⭐)

**Reply**

Fred A. Petrovsky,

*** YOUR ITEM WAS SHIPPED ***

*** COVID-19 *** UPDATE

*** PLEASE NOTE: WE ARE BASED IN LOS ANGELES,
THE CITY HAS SHUT DOWN ALL NON ESSENTIAL WORK PLACES ***

*** WE ARE WORKING WITHOUT 75% OF OUR STAFF ***
*** PLEASE GIVE US A COUPLE EXTRA DAYS FOR DELIVERY, IF ANY ISSUES, PLEASE
MESSAGE US ***
*** PLEASE DO NOT LEAVE US NEGATIVE FEEDBACK, PLEASE MESSAGE US DURING
THESE INCREDIBLY HARD TIMES, WE WILL ALWAYS FIX ANY ISSUES ***
*** WE ARE 24/7 ON MESSAGES, AND WILL ALWAYS RESPOND RIGHT AWAY ***

*** GOD BLESS, AND STAY SAFE ***

*** ALL OUR ITEMS ARE CLEANED AND FULFILLED IN A CLEAN BACTERIA FREE
ENVIRONMENT ***

We wanted to let you know that your order (#07-05861-76146) was shipped via USPS, first
business day from Los Angeles, CA.

Please contact us with any problems BEFORE opening an eBay Case or leaving us a negative
feedback so we can diligently work to solve the problem for you.

Estimated: 3-5 Day Delivery

Your Shipment Information:
We use variety of ways to ship your order.
2. USPS First Class Package
3. USPS First Class Letter - WITHOUT Tracking Number

2. Sometimes USPS First Class Package is used to ship products. The tracking will start with
(94XX). Track item here:
https://tools.usps.com/go/TrackConfirmAction!

3. On many small items $10 and under, we use USPS First Class LETTER to ship your products.
These shipments are sent WITHOUT a tracking number.
The number you received is a reference number between USPS and Endicia (our shipping label
company) to use for billing purposes.
Estimated: 3-5 Day Delivery

This shipment includes the following items:
3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK

We know how frustrating it is to receive a defective product. Our goal is not to ship any defective
products, but things can break and that is why we offer FREE replacements or full refund for
your purchase.

58

# 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK



## Order status: Paid

Estimated delivery: Fri. Oct. 16 - Sat. Oct. 17
Order number: 07-05861-76146

**View order details**

We scan messages to enforce policies. Only purchases on eBay are covered by the eBay purchase protection programs. Asking your trading partner to complete a transaction outside of eBay is not allowed.

**Email reference id: [#a02-rhkgwkdand#]_[#aaf5e12d34be43389e77b52694efb8d1#]**

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Fred Petrovsky (iaftcm3p1555*). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2020 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125

M Gmail

Fred Petrovsky <fredpetrovsky@gmail.com>

**We have Shipped your order has been shipped! The Perfect Part**
1 message

**eBay - theperfectpart** <7172226840acbd7f6450@members.ebay.com>                                                Thu, Oct 8, 2020 at 12:29 PM
To: fredpetrovsky@gmail.com

60



**View my other items**

KN95 Protective 5 Layers Face Mask Disposable Mouth Cover PM2.5 Respirator BFE

10/20/50 Face Mask Mouth Cover Surgical MEDICAL Dental Disposable 3-PLY Earloop

BLACK 50 PCS Face Mask Surgical Dental Disposable 3-Ply Earloop Mouth Cover USA

# THE PERFECT PART
### Innovative state-of-art

CLICK HERE FOR FDA/CE MASKS! BEST PRICE CLICK HERE!!

**Hello, Fred A. Petrovsky**

Thank you for your order from EBAY - THEPERFECTPART! We wanted to let you know that your order (#2221035) was shipped on 10/8/2020.

**Please contact us with any problems before opening an eBay Case or leaving us negative feedback so that we can diligently work to solve the problem.**

You can check the status of your order by logging into your eBay account.

If you have any questions about your order please contact us on eBay, we respond within 1-2 hours during normal work hours.

Your shipping confirmation is below. Thank you again for your business.

**Your Order 2221035**

**Billing Information:**

Fred A. Petrovsky
4967 E ROY ROGERS RD
CAVE CREEK, AZ 85331-3305 US
6026536718

**Payment Method:**

Online

**Shipping Information:**

Fred A. Petrovsky
4967 E ROY ROGERS RD
CAVE CREEK, AZ 85331-3305 US
6026536718

**Shipping Method:**

OSM Parcel Select Lightweight

| | Item # | Description | Qty |
|---|---|---|---|
| | 1860x20 | 3M 1860 N95 NIOSH Protective Face Mask Particulate Respirator Surgical 20 PACK | 1 |

| Shipped By | Tracking Number |
|---|---|
| OSM Parcel Select Lightweight | 927489027883530022349 |

**Understanding your shipment information:**