JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
3M COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| 3M COMPANY,<br><br>         Plaintiff,<br><br>   vs.<br><br>THE PERFECT PART INC.<br><br>ADAM ZINKER,<br><br>CORY ZINKER.<br><br>         Defendants. | Case No. 2:20-cv-10540-DDP(AGRx)<br><br>**DECLARATION OF CHARLES STOBBIE IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

**DECLARATION OF CHARLES STOBBIE**

I, Charles Stobbie, hereby declare and state as follows:

1. I am a resident of the State of Minnesota, over eighteen years of age, and if called to testify to the matters contained herein could do so competently and based upon my personal knowledge.

2. I am a Marketing Technologies and Digital Experience Director at 3M. Previously, I served as Global Marketing Operations Leader for 3M's Personal Safety Division. The information set forth herein is based on my personal knowledge obtained through the course of my duties at 3M, which include, among other things, 3M's: (i) brand-development and marketing efforts for 3M's Personal Safety Division; (ii) trademark policies; (iii) sales and pricing guidelines; and (iv) efforts to assist in the battle against COVID-19. The information set forth herein is also based on my review of records and documents (including electronic records) maintained in the regular course of 3M's business, and the complaint in this lawsuit.

3. I submit this declaration in support of 3M's request for a temporary restraining order, and preliminary injunction against Defendants The Perfect Part Inc., Adam Zinker and Cory Zinker ("Defendants") in the above-captioned action.

4. For decades, 3M has been a leading provider of personal protective equipment for healthcare professionals, industry workers and the public. Indeed, 3M is a leading manufacturer of N95 respirators, and has sold N95 respirators in the United States under the 3M brand name for decades.

5. 3M's N95 respirators can prevent virus-carrying particles from reaching the wearer when appropriately selected, fitted, and worn over the mouth and nose.

6. The 3M-branded N95 respirators are one of three respirator levels that meet the National Institute of Occupational Safety and Health standards for minimum filtration efficiency levels as prescribed by regulation 42 C.F.R. Part 84.

7. Among the PPE that 3M is providing to the front lines of the battle against COVID-19 are 3M-branded N95 respirators.

8. To help meet the growing demand for respirators during COVID-19, 3M has invested the resources needed to double its current global production of 1.1 billion 3M-brand filtering facepiece respirators, such as N95 respirators, a year to 2 billion respirators a year over the coming months. 3M has been committed to getting personal protective equipment, including 3M-branded N95 respirators, to medical professionals and first responders around the world as they place their health and safety on the line to confront the COVID-19 pandemic

9. In the U.S., significant quantities of 3M's respirators have gone to healthcare and public health users, with additional respirators deployed to other critical industries such as energy, food and pharmaceuticals. The U.S. distribution of 3M-branded respirators is being coordinated with the Federal Emergency Management Agency, which is basing allocation decisions on the most urgent needs.

10. 3M has not increased its U.S. prices for disposable N95 respirators as a result of the pandemic, so that the public can obtain this critically necessary equipment at non-inflated prices.

11. With increased demand and a strain on supply, a number of wrongdoers have sought to exploit the current public health emergency to prey on vulnerable parties through a variety of scams and schemes involving 3M N95 respirators and other 3M PPE products. These schemes include price gouging, fake offers, counterfeiting, and other unfair and deceptive practices, all of which undermine the public's confidence in the marketplace and constitute an ongoing threat to public health and safety.

12. In an effort to thwart third-party price-gouging, counterfeiting, and outright fraud in relation to 3M-branded N95 respirators, 3M has worked closely with law enforcement, retail partners, and others. In addition, 3M has created a website (see www.3m.com/covidfraud) and a "3M COVID-19 Fraud Hotline" for the public to use to get information and report potential cases of fraud, price gouging, and counterfeit activities. 3M has received reports of fraudulent and counterfeit sales through its COVID-19 Fraud Hotline. 3M has also created a form on its website through which customers can report

suspected incidents of price-gouging and counterfeiting (see Exhibit "1" [3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfeiting Reporting, 3M Company, available at https://engage.3m.com/covidfraud (last accessed on October 28, 2020)].) Similarly, 3M publishes information on its website about its anti-price-gouging and counterfeiting efforts, including disclosure of 3M's list prices for its N95 respirators so that customers can identify and avoid inflated prices, and a web address and phone numbers to identify 3M authorized distributors and dealers in the United States and Canada.

13. 3M has filed more than twenty lawsuits in courts—including this action—in its fight against fraud, price gouging, and counterfeiting. 3M has secured numerous temporary restraining orders and preliminary injunction orders from courts across the country that put a stop to other defendants' unlawful and unethical profiteering from the pandemic.

14. Collectively, the goal of these efforts is to help protect the public from inappropriate, counterfeit, and/or inferior products and outrageous and unwarranted price inflation. 3M also actively investigates and acts on complaints in order to protect the goodwill and reputation of the 3M brand, as well as to protect customers and healthcare workers who rely upon the availability and proven quality of authentic 3M-branded N95 respirators.

15. I believe 3M will suffer immediate and irreparable injury if an ex parte Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and accurate based upon my personal knowledge.

EXECUTED this 16th day of November, 2020.

*[signature]*
CHARLES STOBBIE

# EXHIBIT 1





### 3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfe

#### Have a concern to report related to Fraud, Price Gouging or Counterfeit p

At 3M, we are committed to doing all we can to help combat the fraudulent, price gouging, and counterfeit will not tolerate any such activity by 3M authorized channel partners and we will aggressively pursue third-p enforcement authorities around the world – including, in the U.S., the U.S. Attorney General, State Attorneys

To learn more about the actions 3M are taking to prevent respiratory product fraud, please click here

## COVID-19 Fraud

Please complete as much of the information requested below as possible. Fields marked with an asterisk are that 3M has received the report. We request that you reply to that email and attach any copies of invoices, c can help us to investigate the situation.

## Requestor Information

**First Name***

**Last Name***

**Requestor Type***

Select One

**Company Name (if applicable)**

**Email/Business Email Address***

**Phone/Business Phone Number***

**Country/Region***

United States

## Tell Us About the Fraud You Would Like to Report

**Where is the fraudulent offer or conduct occurring?***

Select One

**Please provide specific web page or URL link to the fraudulent offer**

## Alleged Solicitor/Seller Information

*Please provide as much information as possible.*

**Seller First Name**

**Seller Last Name**

**Seller Company**

**Seller Email**

**Seller Phone**

**Seller Country/Region**

Select One

**Seller's Website**

## Fraud Product Details

**Product 1***

Select One

**Product 1 Price**

**Product 1 3M SKU**

**Product 1 Quantity**

**Product 2**

| Select One |

**Product 2 Price**

**Product 2 3M SKU**

**Product 2 Quantity**

**Product 3**

| Select One |

**Product 3 Price**

**Product 3 3M SKU**

**Product 3 Quantity**

**Product Fraud Details\***

*Provide as much detail about the interaction as possible including how you first contacted the seller and wha*

Please be aware that the information you supply about yourself, or any aspect of 3M's operations may resul
information that, to the best of your knowledge, is correct. You will not be sanctioned for submitting informa
knowingly provide false or misleading information, it may result in disciplinary or judicial action.

3M respects your right to privacy. 3M will collect, use, and disclose the personal information you provide in
disclosures described in our Privacy Policy, 3M may share all personal information you provided in this form
governmental authorities, regulators or courts: (i) to comply with a law, regulation, court order, or other lega
investigating and responding to fraud, intellectual property infringement, violation of our contracts or agreer

protect 3M rights or property or yours or others' health, safety, welfare, rights, or property; or (iv) under sim Covid 19 situation. If 3M elects to share personal information with law enforcement agencies, governmental personal information.

Submit