FILED
CLERK, U.S. DISTRICT COURT

11/18/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DD _____ DEPUTY

1   JAYME C. LONG (Bar No. 202867)
    jayme.long@dentons.com
2   STEPHANIE PEATMAN (Bar No. 299577)
    stephanie.peatman@dentons.com
3   DENTONS US LLP
    601 South Figueroa Street, Suite 2500
4   Los Angeles, CA  90017
    Telephone:   (213) 623-9300
5   Facsimile:    (213) 623-9924

6   Attorneys for Plaintiff
    3M COMPANY
7

8

9

10                 **UNITED STATES DISTRICT COURT**

11   **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

12

13   3M COMPANY,                          Case No. 2:20-cv-10540-DDP(AGRx)

14                  Plaintiff,            **NOTICE OF RELATED CASES
                                          (LOCAL RULE 83-1.3)**
15           vs.

16   THE PERFECT PART INC.

17   ADAM ZINKER,

18   CORY ZINKER.

19                  Defendants.

20
     _____
21

22

23

24

25

26

27

28

In accordance with Local Rule 83.1.3, Plaintiff 3M Company ("3M") files the instant Notice of Related Cases. The following cases call for a determination of the same or substantially identical questions of law and fact and, therefore, are likely to entail substantial duplication of labor for the judges assigned to each respective case.

1. *3M Company v. The Perfect Part, Inc. et al.*, a United States District Court Case filed in the Western District. A copy of Plaintiff's Complaint is attached hereto as Exhibit 1.

2. *3M Company v. Paylessbeauty*, also a United States District Court Case filed in the Western District. A copy of Plaintiff's Complaint is attached hereto as Exhibit 2.

**I.   These Cases Should Be Related Because They Arise out of the Same Nucleus of Facts and Involve the Same Legal and Factual Issues.**

3M is the sole Plaintiff in (1) *3M Company v. The Perfect Part, Inc. et al.* and (2) *3M Company v. Paylessbeauty.* While Defendants are different in each of the cases, the underlying issues in both actions are the same. In both cases, 3M combats the sale of counterfeit 3M personal protective equipment ("PPE"), and in particular, counterfeit 3M N95 respirator products, offered in this District by Defendants in each of the cases through the Internet based e-commerce store eBay.com.

**II.   In the Interests of Judicial Economy and Consistency, the Two Cases Should Be Related.**

The two cases present identical issues, brought by the same Plaintiff, regarding Defendants' offering of the same or substantially similar counterfeit products on an e-commerce platform. The need for consistency, efficiency, and judicial economy is only heightened by the fact that the counterfeit PPE products, particularly counterfeit 3M N95 respirators, are at issue amidst an ongoing global pandemic and health crisis—which has necessitated the use and function of 3M's PPE products in critical settings including health care. The judicial system is already strained by the on-going

2

1   pandemic and current spike in cases across the nation, litigation of the same issues

2   before the same judge in a single courtroom helps to lessen that burden. Additionally,

3   litigation of these same issues in both cases by different judges would create a risk of

4   inconsistent rulings and unnecessary duplication of labor.  Therefore, relation of the

5   cases would not only be efficient but critical to the just resolution of both cases.

6

7   Dated:  November 17, 2020            Respectfully submitted,

8                                       DENTONS US LLP
                                        Jayme C. Long
9                                       Stephanie Peatman

10

11                                      By:  */s/ Jayme C. Long*
                                            Jayme C. Long
12
                                        Attorneys for Plaintiff
13                                      **3M COMPANY**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

US_Active\115943653\V-1