# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE PERFECT PART INC.<br><br>ADAM ZINKER,<br><br>CORY ZINKER.<br><br>        Defendants. | Case No. 2:20-cv-10540-JVS-JEM<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR:**<br><br>**(1) TEMPORARY RESTRAINING ORDER;**<br><br>**(2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION;**<br><br>**AND**<br><br>**(3) EXPEDITED DISCOVERY** |

1

Case No. 2:20-cv-10540-JVS-JEM

ORDER GRANTING PLTF'S APP. FOR TEMPORARY RESTRAINING ORDER, ETC.

115931720\V-1

1    This Court, having considered the *Ex Parte* Motion by Plaintiff 3M Company
2    for a temporary restraining order including temporary asset restraint, expedited
3    discovery, and service by alternative means, and for good cause shown, it is hereby:
4    ORDERED that the Motion shall be, and hereby is, granted; and it is further
5    ORDERED, as sufficient cause has been shown, that each Defendant, its
6    officers, directors, employees, agents, subsidiaries, distributors, and all persons in
7    active concert or participation with any Defendant having notice of this Order are
8    hereby restrained as follows:

    1. Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them are enjoined from using the 3M Marks—or any reproductions, counterfeit copies or colorable imitations thereof in any manner, as well as any other mark(s) confusingly similar thereto—for, on, and/or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods that do not constitute genuine 3M product, or is not authorized by 3M to be sold in connection with the 3M Marks, including, without limitation, 3M-branded N95 respirators;

    2. Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them are further enjoined from the following during the pendency of this action, or until further order of the Court:

        a. passing off, inducing, or enabling others to sell or pass off any product as a genuine 3M product that is not produced under the authorization, control, or supervision of 3M and approved by 3M for sale under the 3M Marks;

        b. committing any acts calculated to cause consumers to believe that Defendants' counterfeit 3M products are sold under the

    authorization, control or supervision of 3M, or are sponsored by, approved by, or otherwise connected with 3M;

  c. secreting, concealing, destroying, altering, selling, transferring or otherwise disposing of any inventory of counterfeit 3M products in Defendants' possession, custody or control;

  d. secreting, concealing, destroying, altering, selling, transferring or otherwise disposing of any computer files, data, business records, documents or any other records or evidence relating to Defendant's user accounts, eBay accounts, or any money, securities or other property or assets of Defendants relating to the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of counterfeit 3M products, including 3M N95 respirators or other 3M PPE;

  e. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other seller platform, account, or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of counterfeit 3M products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order;

  f. transferring ownership of or disabling "theperfectpart" eBay storefront or account.

  ORDERED that upon receipt of notice of this Order, eBay, PayPal or other financial institutions identified as affiliated with Defendant's eBay storefront shall (i) immediately identify all financial accounts associated with the Internet based e-commerce stores operating under the "theperfectpart" identification as well as any other accounts of the same customer(s); (ii) identify all other accounts which transfer

3

Case No. 2:20-cv-10540-JVS-JEM
ORDER GRANTING PLTF'S APP. FOR TEMPORARY RESTRAINING ORDER, ETC.

115931720\V-1

funds into the same financial institution accounts, and/or any of the other financial accounts subject to this Order; and (iii) restrain the transfer of all funds held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court, until further ordered by this Court. Within fourteen days of receiving this Order, eBay, PayPal or any payment processor which has restrained funds pursuant to this Order shall provide Plaintiff's counsel with data sufficient to determine (i) an accounting of the total funds restrained and identifies the financial accounts which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial accounts which have been restrained.

Any Defendant, eBay, PayPal or other financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order as justice may require.

This Order shall remain in effect until the date for the hearing to show cause why a preliminary injunction should not be issued as set forth below, or until such further dates as set by the Court or stipulated by the parties.

**II. Order to Show Cause Why a Preliminary Injunction Should Not Issue and Order of Notice**

Defendants are hereby ORDERED to show cause before this Court in the United States District Court for the Central District of California, 411 W. 4th Street, Santa Ana, CA 92701, Courtroom, on the 12th day of December, 2020, at 9:00 a.m, or at such other time that this Court deems appropriate, why a preliminary injunction, pursuant to FRCP 65(a), should not issue.  Proof of service shall be filed no later than noon December 1, 2020.  Opposition shall be filed and served (via email or ECMF) not later than December 3, 2020.  Any reply shall be filed and served (via email or ECMF) not later than noon December 7, 2020.

4

Case No. 2:20-cv-10540-JVS-JEM

ORDER GRANTING PLTF'S APP. FOR TEMPORARY RESTRAINING ORDER, ETC.

115931720\V-1

### III. Order Authorizing Expedited Discovery

It is further ORDERED, as sufficient cause has been shown, that Plaintiff may immediately serve limited discovery on Defendant sufficient to discover the existence and location of any additional counterfeit 3M products offered by Defendant and the existence of any additional online seller identities operated by Defendant. Plaintiff may propound interrogatories pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and Defendants and persons in active concert or participation with them, who receive actual notice of this Order, shall provide written responses under oath to such interrogatories within 14 days of service to Plaintiff or Plaintiff's counsel.

Plaintiff may serve requests for the production of documents pursuant to FRCP 26 and 34, and Defendants and persons in active concert or participation with them, who receive actual notice of this Order, shall provide written responses and produce documents responsive to such requests within 14 days of service to Plaintiff or Plaintiff's counsel.

IT IS FURTHER ORDERED, as sufficient cause has been shown, that:

Within 14 days of receiving actual notice of this Order, eBay, PayPal and any payment processors utilized by Defendants shall provide to Plaintiff's counsel all documents and records in their possession custody, or control, relating to Defendants' accounts, including but not limited to documents and records relating to:

- any account details, including, without limitation, identifying information and account numbers for all accounts or storefronts the Defendants currently maintain or have previously owned or maintained;
- the identities, location and contact information, including any and all email addresses for Defendants;
- the Defendants' methods of payment, methods for accepting payment and any financial information including but not limited to information associated with defendant's user accounts and storefronts; and

- a full accounting of Defendants' sales history and listing history under such accounts.

**IV. Security Bond**

IT IS FURTHER ORDERED that:

3M shall place security (corporate surety bond, cash, certified check, or attorney's check) in the amount of Fifteen Thousand Dollars with the Court, which amount is determined adequate for the payment of any damages any person may be entitled to recover as a result of an improper or wrongful restraint ordered hereunder.

**SO ORDERED.**

Signed this 25th day of November, 2020, 3:51 p.m.

_____
United States District Court Judge

6

Case No. 2:20-cv-10540-JVS-JEM
ORDER GRANTING PLTF'S APP. FOR TEMPORARY RESTRAINING ORDER, ETC.

115931720\V-1