PARAG L. AMIN (Bar No. 281133)
LAW OFFICE OF PARAG L. AMIN, P.C.
5901 W. Century Blvd., Suite 1500
Los Angeles, CA 90045
Tel: (213) 293-7881
Fax: (213) 986-3563
Email: parag@lawpla.com

Attorneys for Defendants
THE PERFECT PART INC.
ADAM ZINKER
CORY ZINKER

## UNITED STATES DISTRICT COURT FOR

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY, | Case No.: No. 2:20-cv-10540-JVS-JEM |
| Plaintiff, | **DECLARATION OF ADAM ZINKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| THE PERFECT PART INC., ADAM ZINKER, CORY ZINKER. | |
| Defendants. | |

DocuSign Envelope ID: 217A64C8-8322-4308-AEBE-6EF0FFECA474

# DECLARATION OF ADAM ZINKER

I, ADAM ZINKER, hereby declare as follows:

1.      I am currently twenty-eight years old; and, if called upon to testify as to the matters herein I could and would competently do so. The following declaration is based on my personal knowledge.

2.      I am a named defendant in this action.

3.      I am the president of THE PERFECT PART, INC. ("PERFECT PART").

4.       I am a partial owner of PERFECT PART with my twin brother, CORY ZINKER.

5.       I started THE PERFECT PART with my twin brother in 2013 after we graduated college.

6.      PERFECT PART was my first business, and it still is my only business.

7.      PERFECT PART runs an online storefront on eBay to that primarily wholesales mobile phone parts and accessories.

8.      Amongst the types of products that PERFECT PART traditionally sells are items such as phone cases, iPhone and iPad tablet repair parts, and replacement batteries for phones.

9.      PERFECT PART currently employs twenty-two (22) people, including me and my brother.

10.     My brother and I are currently twenty-eight (28) years old.

11.     Since beginning the storefront in 2012, PERFECT PART has received over 435,718 positive customer reviews and enjoys a feedback rating of 100% on eBay with its customers.

DECLARATION OF ADAM ZINKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION

12.     In April 2020, eBay reached out to PERFECT PART and asked if we wanted to sell personal protective equipment ("PPE"), including masks, due to our favorable rating with customers.

13.     PERFECT PART then acquired masks, including 3M masks, from wholesalers who provided verification that the masks they had purchased were authentic masks. One such certification is the SGS certification, which is attached hereto as Exhibit 1 and incorporated herein by reference.

14.     Neither I nor PERFECT PART have ever sold any products knowing them to be counterfeit, including any 3M masks or 3M products.

15.     The 3M masks sold by PERFECT PART consisted 8 kinds items out of approximately 5,000 different products that PERFECT PART sells. The 3M masks sold on PERFECT PART's eBay store make up approximately 0.16% of the items on PERFECT PART's eBay store.

16.     Aside from this lawsuit filed by 3M, I still have no basis for believing that PERFECT PART, I, PERFECT PART, or my brother intentionally sold any counterfeit 3M masks.

17.     On November 24, 2020, at approximately 9 p.m. when I learned of the lawsuit I proactively removed all 3M masks for sale from PERFECT PART's eBay storefront.

18.     Neither I, nor PERFECT PART, nor my brother manufactured the masks.

19.     As of the date 3M filed its ex parte application with the Court for a temporary restraining order and preliminary injunction, PERFECT PART did not have any funds relating to the sale of 3M masks in its eBay account.

DECLARATION OF ADAM ZINKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
REQUEST FOR A PRELIMINARY INJUNCTION

20.   On November 25, 2020, at approximately 11 a.m., I spoke with counsel for 3M, Christopher Weimer, and I informed him that PERFECT PART had removed all of 3M's products off of their eBay storefront.

21.   After learning of the lawsuit, PERFECT PART stopped advertising or selling any 3M masks before the temporary restraining order in this case was issued, and we have no intention to advertise or sell 3M masks or products.

22.   Christopher Weimer has never asked or informed me that he or anyone else were attempting to serve me with the Summons and Complaint or about whether there was a time when a process serve could return to my residence for that purpose.

23.   The issuance of the temporary restraining order has caused eBay to freeze the entirety of PERFECT PART's account. This means that PERFECT PART cannot access its fund to meet basic expenses such as shipping costs, which exceed $7,000 per day, and we will not be able to meet payroll for our employees.

24.   The next payroll date is currently December 11, 2020.

25.   Attached hereto as Exhibit 1 is a true and correct copy of what I believe is a genuine SGS Certificate for  3M products for masks that PERFECT PART purchased for resale.

26.   Attached hereto as Exhibit 2 is a true and correct copy of what I believe is a genuine Authorized Distributor Certificate for 3M masks that PERFECT PART purchased for resale.


I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF ADAM ZINKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
REQUEST FOR A PRELIMINARY INJUNCTION

1  Executed on December 3, 2020 in Sherman Oaks, California.

2

3

4

Adam Zinker

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF ADAM ZINKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
REQUEST FOR A PRELIMINARY INJUNCTION

# <u>EXHIBIT 1</u>



SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01128488

# INSPECTION REPORT
（Special for Epidemic prevention materials）

**IMPORTANT INFORMATION REGARDING THE SCOPE AND LIMITATIONS OF THE INSPECTION AND REPORT**

The scope of this report is limited to a **VISUAL INSPECTION ONLY** for the workmanship and basic function check of the product. Performance index and compliance of the product are NOT included in the scope of this report. This report is a reasonable attempt to identify any obvious or significant defects apparent in those areas of the product fully accessible and visible to the Inspector at the time of the inspection. This Report is made solely for the use and benefit of the Client named on the front of this report.

| To : | SJ HOUSE CO.,LTD. | Date: | 04-Sep-2020 |
|---|---|---|---|
| Attn : | ALEX PARK | | |
| From : | Lilian Yu | E-mail : | Lilian Yu@sgs.com |

| SGS File No.: | CNSZX21162943 | Product family view |
|---|---|---|
| Buyer : | SJ HOUSE CO.,LTD. | |
| Supplier : | Hunan huashi trading co., ltd | |
| Manufacturer : | N/A | |
| Style Number: | 3M1860 | |
| Product description: | 3M1860 | |
| P.O. Number: | B19206 | |
| L/C Number: | N/A | |
| Service performed : | FRI | |
| Inspection Date : | 04-Sep-2020 | |
| Inspection Location : | Dongguan, Guangdong, China | |

**Inspection Criteria**

| Reference sample provided by | By Supplier |
|---|---|
| Client instruction/specification | Yes |
| SGS WI number | P-INSP-WI-SL-016 |
| Other | Nil |

| **Overall Inspection Conclusion:** | **Subject to client's Decision** |
|---|---|

**Inspection Summary:**

| 1. Workmanship appearance : | Conform |
|---|---|
| 2. Quantity : | Subject to client's evaluation |
| 3. Style, Material, Colour : | Conform |
| 4. Data measurement / Function/Field tests: | Subject to client's evaluation |
| 5. Packing : | Conform |
| 6. Marking / Label : | Conform |

| **Problem Remark:** | |
|---|---|
| 1. Inspection location is a warehouse without name. | |
| 2. Ref. sample and inspection documents were provided by supplier on site. | |

Inspector: Hank lei          Factory Representative: Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."



SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01128488

| | |
|---|---|
| 3. The head band is attached to mask by metal staple, same as ref. sample. | |
| 4. Found 'Made in U.S.A' was printed on carton label and color box. Details can be found in below photos. | |




---

1. **Workmanship Appearance / Functional Inspection Findings:**          Within AQL

   **Inspection Method Applied:**

   ANSI / ASQ Z1.4-2003(R2018), Single sampling plans for normal inspection,

   Acceptance Quality Limit (AQL) for:      Critical:  N/A      Major:  2.5      Minor:  4.0          Level :   II

   Sample size:   500
   ( 500pcs selected from packed cartons,   0pieces/sets selected from finished but unpacked products)
   Samples selected from carton numbers: Found no carton number on carton, inspector random selected 72 cartons for inspection.

| Defect description | Critical | Major | Minor |
|---|---|---|---|
| Nose foam off-center | 0 | 2 | 0 |
| Dirt stain on head band obviously | 0 | 1 | 0 |
| Damaged foam | 0 | 1 | 0 |
| Raw edge of head band | 0 | 0 | 1 |
| Dirt stain on mask body | 0 | 0 | 4 |
| Total defectives: | 0 | 4 | 5 |
| Maximum allowed: | 0 | 21 | 21 |

Defect photos :

Inspector:    Hank lei                    Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

SGS-P-7.4-01-F02-CRS-SL-EPM

**SGS**

**Report No.:**   SZXWT01128488



Defect: foam off-center -major



Defect: foam off-center -major



Defect: dirt stain -major



Defect: damaged foam-major



Defect: dirt stain-minor



Defect: raw edge-minor

**2.   Quantity:**

Inspector:   Hank lei                                Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]                                                                                                   Page 3 of 14

DocuSign Envelope ID: 317A64C9-8322-4298-AEBF-5EF0FFFCA474

SGS

**Report No.:**   SZXWT01128488

| No | Style / Item/ Article | P.O. No. | Order Qty. | Inspection Qty. (Presented Qty. for insp.) | | Number of Cartons | |
|----|----------------------|----------|-----------|--------|------------|--------|------------|
| | | | | Packed | Not Packed | Packed | Not packed |
| 1 | 3M 1860 | B19206 | 611000 | 611040 | 0 | 5092 | 0 |
| | | | | | | | |
| | | Total: | 611000 | 611040 | 0 | 5092 | 0 |

### 3.  Style, Material & Color Conformity

3.1 Style conformity:                                                          Conform

-Similar to ref. sample.

3.2 Material conformity (hand feeling):                               Conform

-Similar to ref. sample.

3.3 Color conformity:                                                          Conform

-Similar to ref. sample.

**Remarks:**  2 color shade batches could be acceptable for mass production when the difference was grade 4 or above per the gray scale.  However, our comment is for indication only and based on the samples selected, and laboratory analysis with standard laboratory facility is recommended at cost.

### 4. Product-Specific Data Measurement / Field Test :

4.1 Size measurement check on __3__sub samples:                      Actual finding

   Details please see attached size measurement chart.

| | Spec | Ref. sample | Product 1 | Product 2 | Product 3 |
|---|------|-------------|-----------|-----------|-----------|
| Length | N/A | 13.5 | 13.5 | 13.5 | 13.4 |
| Width | N/A | 13.5 | 13.4 | 13.4 | 13.5 |
| Length of nose clip | N/A | 9 | 9 | 9 | 9 |

4.2 Weight check

4.2.1 Product weight check on _____pcs (unit: gm/pc)                      Not Applicable

   If factory equipment used,  calibration record: Yes / No,      period:_____

| Size/ color | | | | | |
|-------------|---|---|---|---|---|
| | | | | | |
| | | | | | |

4.3 Function or assembly test:                                          Conform

   If factory equipment used,  calibration record: Yes / No,      period:_____

| Check points | Qty | Test Result | Specification/Tolerance |
|--------------|-----|-------------|-------------------------|
| Fitting | 3pcs | No abnormal issue was found during inspection | / |
| Nose clip check | 3pcs | Positive | / |

Inspector:    Hank lei                              Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

DocuSign Envelope ID: 317A64C9-8322-429B-AEBF-5EF0FFFCA474

# SGS

**Report No.:**   SZXWT01128488

| Smell check | 500pcs | No obvious pungent odor was found during inspection | / |
|---|---|---|---|
| Structure check (visually check the qty of layers) | 3pcs | 4 layers | / |
| Cartons drop check | 1cartons | Passed | / |

## 5. Packing

5.1 Individual packing conformity :                                    Conform
   - 20pcs piece in flat packed then into an inner box sealed by hot-seal.


5.2 Inner packing conformity :                                    Conform
   - __20__ pieces  solid  colour, solid   size per  inner box.
   - __0_ small pack of silica gel inserted into individual / big polybag / inner box
   - __6__ polybags / inner boxes (i.e. __120__pieces ) per export carton


5.3 Export packing conformity :                                    Conform
   __2__ply corrugated cardboard carton
   - Sealed by gummed tapes


5.4 Packing assortment checked on _72 cartons                         Conform

| Carton No. | Size/ style | Color | Deviation ( +/ - samples) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |


## 6.  Marking / Label:

6.1 Bar code:                                                      Conform
-Scan the barcode and found can be read on site.

6.2 Export Carton Marking:


 A. Shipping mark conformity:                                       Conform
-Found lot number was B19206, expiration date was 2024-07-24.


 B. Side mark conformity:                                           Conform


6.3 Label/Hangtag conformity:


 A. Main label:                                                     Not Applicable


Inspector:    Hank lei                          Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]                                            Page 5 of 14

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:   SZXWT01128488**

B. Care/Composition Label:                              Not Applicable

C. Size Label:                                                      Not Applicable

D. Hangtag:                                                         Not Applicable

E. Polybag printing:                                            Not Applicable

D. Others:                                                            Not Applicable

**7.   Informative Remark:**

**7.1 Carton information:**

Carton weight:              2.02   kgs/ carton

Carton size:  L x W x H =   41.5x 28.5  x 22    cm

Carton with Metal Staple:  No

Carton with Nylon Band:   No

**7.2. Grey Scale**
Color shading batch checking by grey scale on the samples randomly selected could be applied when applicable at inspection site and subject to client's requirement, the result is just preliminary and indicative only, and subject to the environment, condition and the available facility at site, for more reliable and accurate result, they should be performed by qualified technician in lab under standard environment and equipment.   ( Please refer to the Working Instruction for Grey Scale Use and On-site Testing Method P-INSP-WI-SL-001-01).

**7.3. Notice:**
SGS inspector already informed the factory to repair the defective samples that we found during inspection, and reminded the factory to pay attention to assortment during repacking after repairing . Please note repairing of defective samples and repacking is done by the factory without SGS inspector's supervision.
Supervision on repairing of defective samples and repacking can be performed by SGS inspector at another working day upon request by client.

**7.4. Others.**

**8.   Inspection Environment:**

Lighting :                                      Daylight
                                                       Sufficient
Inspection place :                        Warehouse
Inspection done on:                    Table
Cleanliness :                                Clean
Weather condition:                      Dry
Cargo storage:                            Orderly, easy to count

Inspector:    Hank lei                                      Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]                                                                              Page 6 of 14

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01128488

## 9.   Attachment



| | |
|---|---|
| Factory gate (no name) | Store |
| Store | Store |
| Carton view | Sticker |

Inspector:   Hank lei                                   Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

**SGS**

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01128488



shipping mark



Open view



Inner box



6 sides of the inner box

Printing



Printing

Inspector:   Hank lei                               Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01128488



| Printing | Barcode check |

---

**Inspector:**   Hank lei                              **Factory Representative:**   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd, 2020]                                                                                          Page 9 of 14

DocuSign Envelope ID: 317A64C9-8322-4298-AEBE-5EF0FFECA474

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01128488



Card

Open view | Packing

Inspector: Hank lei          Factory Representative: Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01128488



| | |
|---|---|
| Packing | Product view |
| Product and ref. sample | Product and ref. sample |
| Ref.sample | Ref.sample |

Inspector:    Hank lei                            Factory Representative:    Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

DocuSign Envelope ID: 317A64C9-8322-4298-AEBF-5EF0FFECA474

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01128488



| Dimension check | Dimension check |
| Dimension check (head band) | Dimension check (head band) |
| Puling check | Dimension check (Nose clip) |

Inspector:  Hank lei _____     Factory Representative:  Mr LENG _____

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**    SZXWT01128488



| Structure check (4 layers) | Color check |
| Function check(Nose clip) | Fitting check |
| Fitting check | Fitting check |

Inspector:    Hank lei                              Factory Representative:    Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

DocuSign Envelope ID: 317A64C9-8322-4298-AEBE-5EF0FFECA474

SGS-P-7.4-01-F02-CRS-SL-EPM

**SGS**

**Report No.:**   SZXWT01128488



| Smell check | Drop test |
| After drop test | After drop test |

Inspector:   Hank lei                     Factory Representative:   Mr LENG

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

# <u>EXHIBIT 2</u>



# AUTHORIZED DISTRIBUTOR CERTIFICATE

This is to certify that <u>M/s. RM ORG - GUJ</u> is an

Authorized Distributor for <u>Industrial & Safety Products</u> of <u>3M India Limited</u>.

Issued on the <u>03rd</u> day of <u>January 2020</u>

This certificate is valid until <u>31st December 2020</u>

Vijay Soni
Division Manager – ISMC
3M India Limited