PARAG L. AMIN (Bar No. 281133)
LAW OFFICE OF PARAG L. AMIN, P.C.
5901 W. Century Blvd., Suite 1500
Los Angeles, CA 90045
Tel: (213) 293-7881
Fax: (213) 986-3563
Email: parag@lawpla.com

Attorneys for Defendants
THE PERFECT PART INC.
ADAM ZINKER
CORY ZINKER

# UNITED STATES DISTRICT COURT FOR

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE PERFECT PART INC.,<br>ADAM ZINKER,<br>CORY ZINKER.<br><br>            Defendants. | Case No.: No. 2:20-cv-10540-JVS-JEM<br><br>**DECLARATION OF CORY ZINKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST FOR A PRELIMINARY INJUNCTION** |

# DECLARATION OF CORY ZINKER

I, CORY ZINKER, hereby declare as follows:

1. I am currently twenty-eight years old; and, if called upon to testify as to the matters herein I could and would competently do so. The following declaration is based on my personal knowledge.

2. I am a named defendant in this action.

3. I am the vice president of THE PERFECT PART, INC. ("PERFECT PART").

4. I am a partial owner of PERFECT PART with my twin brother, ADAM ZINKER.

5. I started THE PERFECT PART with my twin brother in 2013 after we graduated college.

6. PERFECT PART was my first business, and it still is my only business.

7. PERFECT PART runs an online storefront on eBay to that primarily wholesales mobile phone parts and accessories.

8. Amongst the types of products that PERFECT PART traditionally sells are items such as phone cases, iPhone and iPad tablet repair parts, and replacement batteries for phones.

9. PERFECT PART currently employs twenty-two (22) people, including me and my brother.

10. My brother and I are currently twenty-eight (28) years old.

11. Since beginning the storefront in 2012, PERFECT PART has received over 435,718 positive customer reviews and enjoys a feedback rating of 100% on eBay with its customers.

12. In April 2020, eBay reached out to PERFECT PART and asked if we wanted to sell personal protective equipment ("PPE"), including masks, due to our favorable rating with customers.

13. PERFECT PART then acquired masks, including 3M masks, from wholesalers who provided verification that the masks they had purchased were authentic masks.

14. Neither I nor PERFECT PART have ever sold any products knowing them to be counterfeit, including any 3M masks or 3M products.

15. The 3M masks sold by PERFECT PART consisted 8 kinds items out of approximately 5,000 different products that PERFECT PART sells. The 3M masks sold on PERFECT PART's eBay eBay store make up approximately 0.16% of the items on PERFECT PART's eBay store.

16. Aside from this lawsuit filed by 3M, I still have no basis for believing that PERFECT PART, I, or my brother intentionally sold any counterfeit 3M masks.

17. On November 24, 2020, at approximately 9 p.m. when ADAM ZINKER learned of the lawsuit he proactively removed all 3M masks for sale from PERFECT PART's eBay storefront.

18. Neither I, nor PERFECT PART, nor my brother manufactured the masks.

19. As of the date 3M filed its ex parte application with the Court for a temporary restraining order and preliminary injunction, PERFECT PART did not have any funds relating to the sale of 3M masks in its eBay account.

20. After learning of the lawsuit, PERFECT PART stopped advertising or selling any 3M masks before the temporary restraining order in this case was issued, and we have no intention to advertise or sell 3M masks or products.

21. The issuance of the temporary restraining order has caused eBay to freeze the entirety of PERFECT PART's account. This means that PERFECT PART cannot access its fund to meet basic expenses such as shipping costs, which exceed $7,000 per day, and we will not be able to meet payroll for our employees.

22. The next payroll date is currently December 11, 2020.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2020 in Sherman Oaks, California.

Cory Zinker