JAYME C. LONG (Bar No. 202867)
jayme.long@dentons.com
STEPHANIE PEATMAN (Bar No. 299577)
stephanie.peatman@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Tel: (213) 623-9300 / Fax: (213) 623-9924

CHRISTOPHER M. WEIMER (Texas Bar No. 24061894)
*(Pro Hac Vice)*
cweimer@pirkeybarbar.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Tel: (512) 322-5200 / Fax: (512) 322-5201

Attorneys for Plaintiff
3M COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PERFECT PART INC.,<br><br>ADAM ZINKER,<br><br>CORY ZINKER.<br><br>    Defendants. | Case No. 2:20-cv-10540-JVS-JEM<br><br>**DECLARATION OF MICHAEL L. GANNON** |

# DECLARATION OF MICHAEL L. GANNON

I, Michael L. Gannon, hereby declare as follows:

1. I am a resident of the State of Minnesota, over eighteen years of age, and if called to testify to the matters contained herein could do so competently and based upon my personal knowledge.

2. I am Senior Trademark Counsel for 3M Innovative Properties Company ("3M"). The information set forth herein is based on my personal knowledge obtained through the course of my duties at 3M. I submit this declaration in support of 3M's request for a preliminary injunction against Defendants.

3. I have reviewed current eBay listings from Defendants' storefront and see they are still selling non-3M respirators and face coverings through eBay. True and correct copy of print-outs of such listings are attached hereto as Exhibit 1.

4. I have reviewed the SGS Report that Defendants submitted as Exhibit 1 to the Declaration of Adam Zinker in support of their Memorandum in Opposition to Plaintiff's Motion for a Preliminary Injunction. I have determined that the report provides a detailed visual inspection of what is a counterfeit 3M product.

5. Based on my experience and my discussions with SGS, SGS Reports do not purport to verify the authenticity of the inspected item. Instead, as the SGS Report submitted by Defendants states, the report is merely "a VISUAL INSPECTION ONLY for the workmanship and basic function check of the product."

6. 3M has received reports from consumers about Defendants' product through a website 3M hosts for the purpose of 3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfeiting Reporting (https://engage.3m.com/covidfraud), which reports I have reviewed and have determined to show counterfeit goods. The 3M Lot Code shown in the SGS Report that Defendants provided (i.e., Code B19206), does not match the 3M Lot Code

1 shown on any of Defendants' products reported through the 3M website, or from
2 samples of Defendants' products purchased by 3M.

3     7.    I declare under penalty of perjury under the laws of the United States
4 of America and the State of California that the foregoing is true and correct.

6 Executed this 7th day of December 2020.

/s/ MICHAEL L. GANNON

EXHIBIT 1

Hi **Christopher**!     Sell     Watchlist     My eBay

# eBay

Search for anything    All Categories

Items for sale from **theperfectpart** (436135 )  |  Saved    Include description

## Categories

**Cell Phones, Smart Watches & Accessories**
- Cell Phone Cases, Covers & Skins
- Cell Phone & Smartphone Parts
- Cell Phone Cables & Adapters
- Cell Phone Screen Protectors

More

**Computers, Tablets & Network Hardware**
- Other Tablet & eReader Accessories
- Tablet & eReader Cases, Covers & Keyboard Folios

More

**Sporting Goods**
- Fit Tech Parts

**Video Games & Consoles**
- Video Game Controllers
- Video Game Bags, Skins & Travel Cases
- Video Game Replacement Parts & Tools

More

**Jewelry & Watches**
- Wristwatch Bands

More

See all categories

### Format    see all
- ● All Listings
- ○ Auction
- ○ Buy It Now

### Guaranteed Delivery    see all
- ● No Preference
- ○ 1 Day Shipping
- ○ 2 Day Shipping
- ○ 3 Day Shipping
- ○ 4 Day Shipping

### Condition    see all
- ☐ New (5,182)
- ☐ Used (13)

### Price
- ☐ Under $8.00
- ☐ Over $8.00

$ [ ] to $ [ ]

### Item Location    see all
- ● Default
- ○ Within

---

All Listings   Auction   Buy It Now     Sort: Best Match ▼   View: ▼

**5,195** results     Save this search



**KN95 Protective 5 Layers Face Mask Disposable Mouth Cover PM2.5 Respirator BFE**

100% GB2626! REAL ✔ BFE 95% ✔ USA SELLER ✔ IN STOCK
Brand New
**$9.59** to **$379.59**
Buy It Now
Free shipping
Free returns
553+ Sold



**10/20/50 Face Mask Mouth Cover Surgical MEDICAL Dental Disposable 3-PLY Earloop**

SHIPS SAME DAY TODAY - FILTERS 99% - ATSM LEVEL 3 GRADE
Brand New
**$6.89** to **$1,449.89**
Buy It Now
Free shipping
1,567+ Sold



**10-Pack Face Shield Reusable Washable Protection Cover Face Mask Anti-Splash USA**

100% CLEAR ✔ PROTECTION ✔ REUSABLE ✔ IN STOCK TODAY
Brand New
**$11.89**
Buy It Now
Free shipping
Free returns
Watch

Save up to 7% when you buy more



**50 PCS Face Mask MEDICAL Surgical Dental Disposable ASTM LEVEL 3 Mouth Cover Ear**

99%+ FILTRATION! - LAB TESTED! - ASTM LEVEL 3 APPROVED!
Brand New
**$11.39**
Buy It Now
Free shipping
Free returns
Watch

Save up to 7% when you buy more





Hi **Christopher**!   Sell   Watchlist   My eBay

Search for anything   All Categories

**theperfectpart** (436134 )
100% positive feedback

Saved

Items for sale   Visit store   Contact

We offer only the best products of Apple, Samsung, and other smart devices

**Feedback ratings**   See all feedback

| | |
|---|---|
| **205,355** | Item as described |
| **201,529** | Communication |
| **208,204** | Shipping time |
| **216,711** | Shipping charges |

| **246,520** | **2,178** | **5** |
|---|---|---|
| Positive | Neutral | Negative |

Feedback from the last 12 months

Fast shipping great seller!!!
Nov 29, 2020

**11,629** Followers | **32** Reviews | Member since: **Nov 03, 2004** | United States

## Items for sale(5195)

10 Pack Adult P...
**US $5.95**   6d left

Multi-Purpose 2...
**US $22.79**   6d left

Trump 2020 Face...
**US $3.89**   7d left

Trump 2020 Face...
**US $3.89**   7d left

Trump 2020 Face...
**US $3.89**

## Reviews (32)

OEM Earpiece Ear Piece Speaker Replacement Repair Part for iPhone 6S Plus 5.5"

Dec 16, 2016

Best replacement for sale

thanks again!

0 of 1 found this helpful

OEM USB Charging Port Dock Mic Headphone Flex Cable for iPhone 6 PLUS 5.5" White

Dec 16, 2016

Thank you again!

Best replacement part i found! thanks

OEM White Glass Touch Screen I W/ Home Button Assembly iPad 3 Tools

Awesome!

WORKED LIKE A CHARM

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice


