PARAG L. AMIN (CA SBN 281133)
LAW OFFICE OF PARAG L. AMIN, P.C.
5901 W. Century Blvd., Suite 1500
Los Angeles, CA 90045
Tel: (213) 293-7881
Fax: (213) 986-3563
Email: parag@lawpla.com

Attorneys for Defendants
THE PERFECT PART INC.
ADAM ZINKER
CORY ZINKER

UNITED STATES DISTRICT COURT FOR

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>          Plaintiff,<br>  vs.<br>THE PERFECT PART INC.,<br>ADAM ZINKER,<br>CORY ZINKER.<br><br>          Defendants. | Case No.: No. 2:20-cv-10540-JVS-JEM<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO REVISE TEMPORARY RESTRAINING ORDER** |

      The Parties to this action, have met and conferred regarding the Temporary Restraining Order entered in this matter on November 25, 2020, and, pursuant to this Stipulation, and in reliance on the Declaration attached hereto, the Parties hereby stipulate to modify and extend the initial temporary restraining order as shown in Exhibit 1 attached hereto and filed separately on the docket for thirty days up to and including, Friday, January 8, 2021, and until such time thereafter as

1  the Court can hold a hearing on a preliminary injunction, pursuant to Federal Rule
2  of Civil Procedure 65(a). All parties consent to the proposed modification and
3  extension.
4
5  SO STIPULATED:
6  Dated: December 8, 2020                    Respectfully submitted,
7
8                                              LAW OFFICE OF PARAG L. AMIN, P.C.
9
10
11                                             By: /s/ Parag Amin
                                                   9A71A94F39C348B...
12                                             Parag L. Amin
                                               Attorney for Defendants
13                                             THE PERFECT PART, INC.
14                                             ADAM ZINKER
                                               CORY ZINKER
15
16
17 Dated: December 8, 2020                    Respectfully submitted,
18
19                                             PIRKEY BARBER PLLC
20
21
22                                             By: /s/ Chris Weimer
                                                   5BB3F0497C1943E...
                                               Christopher M. Weimer
23                                             Attorneys for Plaintiff
                                               3M COMPANY
24
25
26

2
JOINT STIPULATION AND PROPOSED ORDER TO REVISE TEMPORARY RESTRAINING ORDER

# **EXHIBIT 1**

PARAG L. AMIN (Bar No. 281133)
LAW OFFICE OF PARAG L. AMIN, P.C.
5901 W. Century Blvd., Suite 1500
Los Angeles, CA 90045
Tel: (213) 293-7881
Fax: (213) 986-3563
Email: parag@lawpla.com

Attorneys for Defendants
THE PERFECT PART INC.
ADAM ZINKER
CORY ZINKER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>THE PERFECT PART INC.<br><br>ADAM ZINKER,<br><br>CORY ZINKER.<br><br>             Defendants. | Case No. 2:20-cv-10540-JVS-JEM<br><br>**[PROPOSED] ORDER MODIFYING AND EXTENDING TEMPORARY RESTRAINING ORDER;** |

DocuSign Envelope ID: A2981AD7-0C15-4C71-BBF5-775D969C8138
Case 2:20-cv-10540-JVS-JEM Document 53 Filed 12/08/20 Page 5 of 6 Page ID #:610

This Court, having considered and granted on November 25, 2020, the *Ex Parte* Motion by Plaintiff 3M Company for a temporary restraining order including temporary asset restraint, expedited discovery, and service by alternative means, and for good cause shown; and having further considering the Joint Stipulation by 3M Company and the Defendants, The Perfect Part, Inc., Cory Zinker, and Adam Zinker regarding modifications to the Court's Order of November 25, 2020, it is hereby:

ORDERED that the Court's Order of November 25, 2020 shall be modified as set forth below; and it is further

ORDERED, that as a result of the modification set forth below, eBay shall continue to restrain and divert to a holding account for the trust of the Court only the sum of $20,621.62, with any remaining restrained funds from any other financial institutions, including PayPal, to be released immediately to the control of Defendants upon receipt of this Modified Order;

ORDERED that the following language in the Court's Order of November 25, 2020 shall, by entry of this Order, be modified to read as set forth below:

*ORDERED that upon receipt of notice of this Order, eBay, or other financial institutions identified as affiliated with Defendant's eBay storefront shall (i) immediately identify all financial accounts associated with the Internet based e-commerce stores operating under the "theperfectpart" identification as well as any other accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution accounts, and/or any of the other financial accounts subject to this Order; and (iii) **remove any restraint on** ~~restrain~~ the transfer of all funds held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto **except with regard to the sum of $20,621.62, which Defendants represent based upon a reasonable inquiry to approximately constitute their net profit on the sale of 3M-branded respirators, and which sum eBay or other financial institutions identified as affiliated with Defendant's eBay storefront shall** ~~; and (iv) immediately~~ **continue to**

[PROPOSED] ORDER MODIFYING TEMPORARY
RESTRAINING ORDER, ETC.

115931720\V-1

*<u>restrain and</u> divert ~~those restrained funds~~ to a holding account for the trust of the Court, until further ordered by this Court. <u>**Any and all other restrained funds shall be released immediately to the control of Defendants upon receipt of this Modified Order, including all funds from PayPal.**</u>*

IT IS FURTHER ORDERED that the Court's Order of November 25, 2020 shall otherwise remain in effect for thirty days up to and including, Friday, January 8, 2021, and until such time thereafter as the Court can hold a hearing on why a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65(a), should not issue; and it is further

ORDERED that Plaintiff and Defendants shall work jointly serve a copy of this Order on eBay, PayPal and any other financial institutions Defendants identify as affiliated with Defendant's eBay storefront as soon as practicable upon entry of this Order.

**SO ORDERED.**

Signed this _____ day of _____, 2020.

_____
United States District Court Judge