PARAG L. AMIN (Bar No. 281133)
LAW OFFICE OF PARAG L. AMIN, P.C.
5901 W. Century Blvd., Suite 1500
Los Angeles, CA 90045
Tel: (213) 293-7881
Fax: (213) 986-3563
Email: parag@lawpla.com

Attorneys for Defendants
THE PERFECT PART INC.
ADAM ZINKER
CORY ZINKER

# UNITED STATES DISTRICT COURT FOR

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br>  vs.<br>THE PERFECT PART INC.,<br>ADAM ZINKER,<br>CORY ZINKER.<br><br>        Defendants. | Case No.: No. 2:20-cv-10540-JVS-JEM<br><br>**DECLARATION OF ADAM ZINKER IN SUPPORT OF STIPULATION TO MODIFY TEMPORARY RESTRAINING ORDER** |

# DECLARATION OF ADAM ZINKER

I, ADAM ZINKER, hereby declare as follows:

1. I am currently twenty-eight years old; and, if called upon to testify as to the matters herein I could and would competently do so. The following declaration is based on my personal knowledge.

2. I am the president of THE PERFECT PART, INC. ("PERFECT PART").

3. I have performed a reasonable inquiry into the finances of PERFECT PART relating to the sale of any 3M-branded products related to this lawsuit.

4. I hereby represent and declare that based on a reasonable inquiry into the net profit of PERFECT PART from the sale of any 3M-branded products at issue in this lawsuit is approximately $20,621.62.

5. PERFECT PART's PayPal account is not used to receive money from sales, and thus, does not contain any funds from the sale of any 3M-branded products.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2020 in Sherman Oaks, California.



Adam Zinker

2
DECLARATION OF ADAM ZINKER IN SUPPORT OF STIPULATION TO MODIFY TEMPORARY RESTRAINING ORDER