1  PARAG L. AMIN (Bar No. 281133)
   LAW OFFICE OF PARAG L. AMIN, P.C.
2  5901 W. Century Blvd., Suite 1500
   Los Angeles, CA 90045
3  Tel: (213) 293-7881
   Fax: (213) 986-3563
4  Email: parag@lawpla.com

5  Attorneys for Defendants
   THE PERFECT PART INC.
6  ADAM ZINKER
   CORY ZINKER
7

8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| 3M COMPANY, | Case No. 2:20-cv-10540-JVS-JEM |
|---|---|
| Plaintiff, | **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| THE PERFECT PART INC. | **[FED. R. CIV. P 7.1.; LOCAL RULE 7.1-1]** |
| ADAM ZINKER, | |
| CORY ZINKER. | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7-1.1, the undersigned, who is counsel of record for Defendants THE PERFECT PART INC., ADAM ZINKER, and CORY ZINKER, hereby lists and certifies that the following parties may have a pecuniary interest in the outcome of the case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

   1.   Plaintiff 3M COMPANY
   2.   Defendant ADAM ZINKER

1     3.     Defendant CORY ZINKER

2     4.     Defendant THE PERFECT PART, INC.

DATED: January 22, 2021     LAW OFFICE OF PARAG L. AMIN, P.C.

By: _____
    Parag L. Amin,
    Attorney for Defendants

## PROOF OF SERVICE

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court for the Central District by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service should be accomplished by the CM/ECF system.

/s/
Parag L. Amin